FILED
Clerk
District Court

AUG 19 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
Tel: (670) 236-2982
Fax: (670) 236-2985

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00027 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION AND ORDER** |
| ) | **TO SEAL RECORD** |
| ZHENG, MING YAN, ) | |
| a.k.a. "LI-NA," ) | |
| Defendant. ) | |

COMES NOW the United States and moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this

//
//
//
//
//
//
//
//

matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 19th day of August, 2005.

> LEONARDO M. RAPADAS
> United States Attorney
>
> By: /s/ Timothy E. Moran
> TIMOTHY E. MORAN
> Assistant United States Attorney
> District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE