AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By _____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

ZHENG, MING YAN, a.k.a. "LI-NA,"

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 05- 00027

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ZHENG, MING YAN, a.k.a. "LI-NA,"__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Interstate Travel for Purposes of Prostitution**

in violation of Title __18__ United States Code, Section(s) __2421__

and in violation of Title _____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 8-19-05                    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ __NO BAIL__ | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
SAIPAN, CNMI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/19/05 | JAMES T. BARRY | /s/ JTB |
| DATE OF ARREST | SA - FBI | |
| 8/19/05 | | |