FILED
Clerk
District Court

AUG 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHENG, MING YAN,<br>a.k.a. "LI-NA,"<br><br>Defendant. | Criminal Case No.<br><br>**CR 05- 00027**<br>INDICTMENT<br><br>Title 18, U.S.C., §§ 2421, 2 – Interstate Travel for Purposes of Prostitution (Ct. 1) |

THE GRAND JURY CHARGES:

COUNT ONE

INTERSTATE TRAVEL FOR PURPOSES OF PROSTITUTION

1. On or about October, 2004, through August, 2005, in the District of the Northern Mariana Islands and elsewhere, ZHENG, MING YAN, a.k.a. "LI-NA," the defendant, unlawfully, willfully and knowingly, transported individuals, to wit, Lian Wei, Chi Xumei, and Wei Quixiang, in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under 6 N. Mar. I. Code §§ 1342 and 1343,

(Title 18, United States Code, Sections 2421 and 2).

/ / /

Dated this 25th day of August, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney

2