MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
************************************************************

CR-05-00027                                             August 25, 2005
                                                        3:40 p.m.

### UNITED STATES OF AMERICA -vs- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, DEPUTY CLERK
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           ZHENG, MING YAN, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

Defendant **Zheng Ming Yan** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present were U.S. Probation Officer Margarita Wonenberg.

Lisa Demoux was present as interpreter/translator of the Mandarin language.

Defense stated that they received a copy of the indictment this afternoon and were ready to proceed with an arraignment hearing.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against her. Court set jury trial for **MONDAY, October 24, 2005 at 9:00 a.m.** Pretrial motions shall be filed by September 8, 2005.

Defense moved the Court to set a hearing for next week to propose third-party custodian release. Court set the hearing for Tuesday, August 30, 2005 at 9:00 a.m.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. 3:50 p.m.

/s/ K. Lynn Lemieux, Courtroom Deputy