Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN MARIANA ISLANDS
11

12
   UNITED STATES OF AMERICA,        )   Criminal Case No. 05-00027
13                                  )
              Plaintiff,            )
14                                  )
         v.                         )   STIPULATION
15                                  )
   ZHENG, MING YAN,                 )
16                                  )
              Defendant.            )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20
       IT IS HEREBY STIPULATED AND AGREED by and between the United States of
21
   America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United
22
   States Attorneys, of counsel, and Zheng, Ming Yan, the defendant, by and through her attorney,
23
   G. Anthony Long, that the bail hearing now scheduled for Tuesday, August 30, 2005 at 9:00
24
   a.m., shall be rescheduled for **Thursday, September 1, 2005 at 1:30 p.m.** in order to permit the
25
   United States Probation Office to complete its investigation of the background of the defendant's
26
   ////
27

28

1  proposed third party custodian.

2
3

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

4 DATED: 8-30-05          By: /s/
5                              Timothy E. Moran
                             Assistant U.S. Attorney
6
7 DATED: _____       /s/ 08-29-05
8                              G. ANTHONY LONG
                             Attorney for Zheng, Ming Yan
9
10 SO ORDERED.
11
12                             /s/
                             HONORABLE ALEX R. MUNSON
                             Chief Judge, District Court of the NMI
13
...
28

RECEIVED
AUG 3 0 2005
Clerk
District Court
for The Northern Mariana Islands

-2-