```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    SEP 0 1 2005
```

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS   For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CR-05-00027                                    September 1, 2005
                                               1:35 p.m.


UNITED STATES OF AMERICA -vs- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, DEPUTY CLERK
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           ZHENG, MING YAN, DEFENDANT

PROCEEDINGS:   BAIL HEARING

   Defendant **Zheng Ming Yan** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present were U.S. Probation Officer Margarita Wonenberg.

   Lisa Demoux was present as interpreter/translator of the Mandarin language

   Defense called **ARLENE BORJA** as a potential third-party custodian. DX. CX.

   Government argued against Ms. Arlene Borja being the third-party custodian.

   Court, after hearing all argument, **DENIED** the approval of this particular third-party custodian.

   Defendant was remanded into the custody of the U.S. Marshal.

            Adj. 2:10 p.m.

                                    _____
                                    K. Lynn Lemieux, Courtroom Deputy