FILED
Clerk
District Court
SEP - 8 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| ZHENG MING YAN | ) STIPULATION AND ORDER |
| Defendant | ) |

The parties hereto agree and stipulate that a hearing on a third party custodian will be held on Thursday, September 8, 2005 at 2:00 p.m.

Law Office of G. Anthony Long                UNITED STATES ATTORNEY
                                             FOR GUAM AND THE N.M.I.

By: _____               By: _____
   G. Anthony Long                              Timothy E. Moran
   Attorney for Defendant                      Assistant United States Attorney

## ORDER

A hearing on a third party custodian will be held on Thursday, September 8, 2005 at 2:00 p.m.

So **ORDERED** this __8TH__ day of September, 2005.

_____
Alex R. Munson
Judge, District Court

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801