Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION |
| | ) AND MOTION |
| ZHENG MING YAN | ) |
| | ) Date: Oct. 6, 2005 |
| Defendant | ) Time: 9:00 a.m. |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

## NOTICE

Please be advised that on October 6, 2005 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion to dismiss or alternatively for discovery..

## MOTION

Defendant hereby moves for dismissal of the indictment or alternatively to

-4-

compel discovery. This motion is based upon the memorandum of points of authorities filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: _____
G. Anthony Long