FILED
Clerk
District Court

SEP -8 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR-05-00027                                      September 8, 2005
                                                 2:03 p.m.

### UNITED STATES OF AMERICA -vs- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           MICHELLE C. MACARANAS, DEPUTY CLERK
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           ZHENG, MING YAN, DEFENDANT

PROCEEDINGS:   BAIL MODIFICATION

Defendant **Zheng, Ming Yan** appeared with retained-counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present was U.S. Probation Officer Mindy Brunson.

Lisa Demoux was present as interpreter/translator of the Mandarin language.

Defense called **AGAPITA BORJA** as a potential third-party custodian. Witness was sworn. DX. CX. Defense called **JOSE M. BORJA** as a potential joint third-party custodian. Witness was sworn. DX. CX.

Court announced its tentative ruling to adopt prior conditions as ordered by this Court and to add: (1) If Ms. Zhang breaches any conditions as ordered by the Court that the third party custodians report it to the Court, Probation Officer, Margarita Wonenberg or the United States Attorney's Office; (2) If Ms. Borja is to leave the CNMI, she shall inform the Court or United States Attorney's Office immediately.

Government argued against Ms. Agapita Borja and Mr. Jose M. Borja being the third-party custodian. Court, after hearing all argument, **GRANTED** the approval of Ms. Agapita Borja and Mr. Jose M. Borja as third-party custodian and adopted the Court's previous conditions as ordered. Attorney Long submitted to the Court a certified copy of documents showing that the defendant Zhang's passport is in the custody of the Superior Court.

Court ordered that the defendant may be at liberty upon completion of conditions as ordered. Defendant was remanded into the custody of the U.S. Marshal. Court further ordered that the defendant shall not have any contact with any potential witnesses. Court ordered the government to supply names to Mr. Long of any potential witnesses.

Adj. 2:49 p.m.

*[signature]*
Michelle C. Macaranas, Deputy Clerk