```
                                                     F I L E D
                                                        Clerk
                                                     District Court
   MINUTES OF THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN MARIANA ISLANDS            SEP 22 2005
```

CR-05-00027                               September 22, 2005  For The Northern Mariana Islands
                                          9:19 a.m.           By_____
                                                                    (Deputy Clerk)

**U.S.A. -v- ZHENG MING YAN**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

   Defendant nor Defense counsel were present. Government by Timothy Moran, AUSA.

   Due to the fact that Defense had not shown up; Court took matter off-calendar.

                                        Court adjourned at 9:19 a.m.

                                        _____
                                        K. Lynn Lemieux, Courtroom Deputy