G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0027 |
|---|---|
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| ZHENG MING YAN | ) |
| Defendant | ) |

The parties hereto agree and stipulate that a hearing on the waiver of speedy trial and continuance of the trial date shall be held on September 27, 2005 at 9:30 a.m.

Law Office of G. Anthony Long                UNITED STATES ATTORNEY
                                             FOR GUAM AND THE N.M.I.

By: _____                 By: _____
    G. Anthony Long                              Timothy E. Moran
    Attorney for Defendant                       Assistant United States Attorney

## ORDER

A hearing on the waiver of speedy trial and continuance of the trial date shall be held on September 27, 2005 at 9:30 a.m.

So **ORDERED** this 26TH day of September, 2005.

*Alex R. Munson*
Alex R. Munson
Judge, District Court