F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

SEP 27 2005

For The Northern Mariana Islands

By_____
(Deputy Clerk)

CR-05-00027                                          September 27, 2005
                                                     9:45 a.m.

                    U.S.A. -v- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           SANAE SHMULL, COURT REPORTER
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ZHANG, MING YAN, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

　　　Defendant was present with Attorney G. Anthony Long. Government by Timothy Moran, AUSA.

　　　Lisa Demoux was sworn as interpreter/translator of the Mandarin language.

　　　Defendant was sworn. Defendant stated that she and her attorney needed more time to prepare for trial.

　　　Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

　　　The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **March 15, 2006** and that jury trial would commence on Monday, **February 27, 2006 at 9:00 a.m.** in this courtroom.

　　　Court ordered that the defendant remain at liberty on the same terms and conditions as previously set by the Court.

Court adjourned at 9:55 a.m.

K. Lynn Lemieux, Courtroom Deputy