Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

SEP 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION |
| | ) AND MOTION |
| ZHENG MING YAN | ) |
| | ) Date: OCT - 6 2005 |
| Defendant | ) Time: 9:00 Am |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

### NOTICE

Please be advised that on October ___6th___, 2005 at ___9:00 Am___ or as soon thereafter as possible, the court will hear the motion to quash the subpoena served on defense counsel.

### MOTION

Defendant and her counsel hereby move to quash the subpoena served on

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

1 defense counsel. This motion is based upon the memorandum of points of
2 authorities and declaration of Yen, Chien - Li filed herewith, and all documents
3 and proceedings of record.
4
5
6
7
8
9
10
11    Law Office of G. Anthony Long
12
13    By: _____
14         G. Anthony Long
15
16
17
18
19
20
21
22
23
24
25
26
27
28