Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

SEP 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0027 |
| Plaintiff | ) |
| v. | ) DECLARATION OF |
| | ) YEN, CHIEN - LI |
| ZHENG MING YAN | ) |
| | ) Date: OCT - 6 2005 |
| Defendant | ) Time: 9:00 AM |

I, Yen, Chien-Li, hereby declare as follows:

1. I possess personal knowledge of all matters set forth herein and I am competent to testify concerning such matters if so called.

2. I am also known as Tony Yen.

3. I am fluent in English and Mandarin Chinese.

4. I operate a business in Saipan which assists companies and individuals with preparing, filing and processing documents with the Commonwealth of the

Northern Mariana Islands.

5. The documents I provide assistance with generally concern business entry permits, entry permits for foreign contract workers, approval of contracts of employment for foreign contract workers, business licenses and filings of corporate documents.

6. The documentation I assist clients with is filed with the Commonwealth Department of Labor, Department of Commerce, Division of Immigration Services, Division of Revenue and Taxation and the Corporate Registrar.

7. Zheng, Ming Yan engaged my services to assist her in filing and processing documents relating to her immigration status in the Commonwealth and documents relating to the employment of foreign contract workers with Perfect Corporation and Greate Corporation.

8. All of the documents I assisted Zheng with related to either her personally or to Greate Corporation or Perfect Corporation.

9. All documents I assisted Zheng with were filed with either the Commonwealth Department of Labor, Department of Commerce, Division of Immigration Services or Division of Revenue and Taxation.

10. The Commonwealth Department of Labor, Department of Commerce, Division of Immigration Services or Division of Revenue and Taxation

should have copies of all documents filed with them on behalf of Zheng, Greate Corporation and Perfect Corporation.

10. After Zheng was arrested in connection with this case she instructed me to provide the documentation in my possession to her defense counsel, G. Anthony Long, to assist him in preparing the defense of the charge against her.

11. I complied with Zheng's instructions.

12. I advised the FBI of this circumstance when they served a subpoena on me in connection with this case.

I declare under penalty of perjury pursuant to the laws of the Commonwealth of the Northern Mariana Islands that the above is true and correct and execute this declaration on this 30th day of September, 2005.

*[signature]*
Yen, Chien-Li