G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| ZHENG MING YAN ) | |
| ) | |
| Defendant ) | |

The parties hereto agree and stipulate that the hearing on defendants post trial motions scheduled for October 6, 2005 at 9:00 a.m. shall be continued until November 3, 2005 at 8:00 a.m.

Law Office of G. Anthony Long                    UNITED STATES ATTORNEY
                                                 FOR GUAM AND THE N.M.I.

By: /s/ G. Anthony Long                          By: /s/ Timothy E. Moran
G. Anthony Long                                  Timothy E. Moran
Attorney for Defendant                           Assistant United States Attorney

## ORDER

the hearing on defendants post trial motions scheduled for October 6, 2005 at 9:00 a.m. shall be continued until November 3, 2005 at 8:00 a.m.

So **ORDERED** this 6TH day of October, 2005.

_____
Alex R. Munson
Judge, District Court

