FILED
Clerk
District Court

OCT 25 2005

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00027                                              October 25, 2005
                                                         8:30 a.m.


UNITED STATES OF AMERICA -v- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           TIMOTHY MORAN, Assistant U. S. Attorney
           G. ANTHONY LONG, Counsel for Defendant


PROCEEDING:   **MOTION TO QUASH SUBPOENA**

   Attorney G. Anthony Long was present on behalf of defendant. Government by Timothy Moran, AUSA.

   Attorney Long argued the motion. Government argued.

   Court, after hearing argument, ordered both parties to meet and confer and to examine all documents in question and DENIED the motion to quash.

                                   Adjourned at 9:00 a.m.

                                   K. Lynn Lemieux, Courtroom Deputy