F I L E D
Clerk
District Court

NOV 03 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00027

November 3, 2005
8:25 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, MING YAN

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
ELLIA CIAMMAICHELLA, Law Clerk
SANAE SHMULL,  Court Reporter
K. LYNN LEMIEUX,  Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
G. ANTHONY LONG,  Counsel for Defendant

PROCEEDING:   **MOTION TO DISMISS**

Attorney G. Anthony Long was present on behalf of defendant.  Government by Timothy
Moran, AUSA.

Attorney Long argued the motion.  Government argued.

Court, after hearing argument, took the matter under advisement and stated that a written
order would be forthcoming.

Adjourned at 8:50 a.m.

K. Lynn Lemieux, Courtroom Deputy