IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZHENG, MING YAN aka Li-Na )<br>Defendant. )<br>_____ ) | USDC Cr. Cs. No.: 05-00027-001<br><br>F I L E D<br>Clerk<br>District Court<br><br>NOV 0 4 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

**Re:  Informational Report, No Action Requested**

On August 22, 2005, Zheng Ming Yan made an Initial Appearance on a Complaint charging her with Interstate Travel for Purposes of Prostitution, in violation of 18 U.S.C. §§ 2421 and 2.

On September 20, 2005, Ms. Zheng was released on a $50,000 cash bond and to the third party custody of Agapita and Jose Borja with the following conditions: that she surrender her passport to the Clerk of Court or provide verification to the court that her passport is being held with the Superior Court, and if released, surrender it immediately to the U.S. District Court Clerk; that she obtain no new passport, duplicate passport, or travel documents; that she not leave the island of Saipan without the written permission from the court; that she avoid all contact with any persons who are or who may become a victim or potential witness, including but not limited to: Lian Wei, Chi Xiumei, Wei Quixiang, and Raymond Borja, unless with her attorney in preparation for her defense. The court ordered that the defendant may see her brother, but may not discuss any aspects of the case. The court also ordered that she refrain from possessing a firearm, destructive device, or other dangerous weapon; that she refrain from the use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a medical practitioner; that she submit to testing to determine whether she is using a prohibited substance; that she be placed under the U.S. Probation home confinement program with curfew from 6:00 pm to 6:00 am; that she advise the court in writing prior to any change in address; that she obtain a land line telephone for the use of the electronic monitoring; and that she have no contact with any employee from the Tea House Karaoke Club.

In addition, the court further ordered that if Mr. or Mrs. Borja, as third party custodians, should discover that Ms. Zheng has violated any of the above conditions, they are to report such violations to Margarita Wonenberg, the court, or the U.S. Attorney's Office.  If Mrs. Borja is to leave the CNMI, she shall inform the court or U.S. Attorney's Office immediately. Ms. Zheng is alleged to have violated the following condition:

Informational Report
Zheng, Ming Yan aka Li-Ni
Criminal Case No 05-00027-001
November 3, 2005
Page -2-

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.*

On Friday, October 21, 2005, Ms. Zheng missed a scheduled urinalysis (UA) at Marianas Psychiatric Services (MPS). This officer was notified by MPS on Monday, October 24, 2005, regarding the missed UA and immediately contacted the defendant to instruct her to report to the U.S. Probation Office. Ms. Zheng misunderstood the instruction and proceeded to MPS and requested for a drug test. Her test was negative for illicit substances. Ms. Zheng then went to her attorney's office on another matter, and while there, asked her attorney's secretary, who is fluent in Chinese, to call this officer to inform that she had complied with the instruction. The probation officer asked again that Ms. Zheng report to the U.S. Probation Office immediately. Ms. Zheng complied and reported to the probation office.

This officer again reviewed Ms. Zheng's conditions with her. She apologized for the misunderstanding and explained that she understands English better when she is face to face with the speaker. She stated that she did not hear her number called on the UA line on Friday, October 21, 2005, and apologized for missing the scheduled test.

It is recommended that this report be for informational purposes only and no action be taken at this time. Ms. Zheng has been consistently testing negative for illicit substances, and has complied with all requests of this officer. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Tim Moran, Assistant U.S. Attorney
      Anthony Long, Defense Attorney
      File