FILED
Clerk
District Court

DEC 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8               UNITED STATES DISTRICT COURT

9               NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,    )   Criminal Case No.
                                )
11              Plaintiff,      )   ORDER    05-00027
                                )
12       v.                     )
                                )
13 ZHENG, MING YAN,             )
                                )
14    a.k.a. "LI-NA," and       )
                                )
15 LIU, CHANG DA,               )
                                )
16              Defendants.     )
                                )
17 ─────────────────────────────

18
       Upon the application of the United States of America, it is hereby ORDERED that the Clerk
19
   shall maintain this file under seal until further order of the Court.
20

21

22                              _____
                                DAVID A. WISEMAN
23                              DESIGNATED UNITED STATES DISTRICT JUDGE