# RELEASE STATUS REPORT TO THE COURT

| | |
|---|---|
| DEFENDANT: Zheng, Ming Yan a/k/a "Li-Na" | DOCKET NO. 05-00027-001 |
| TO APPEAR ON December 30, 2005 | FOR ___ PLEA ___ TRIAL ___ SENTENCING |
| X Initial Appearance on Superseding Indictment | (SEE ATTACHED PRETRIAL SERVICES REPORT) |
| DISTRICT of the Northern Mariana Islands | BEFORE JUDGE Alex R. Munson |
| INITIAL APPEARANCE DATE August 22, 2005 | RELEASE DATE Sept. 20, 2005 |
| MAGISTRATE JUDGE Honorable Alex R. Munson, Chief Judge | |

**CONDITIONS OF RELEASE:**

- **X** PRETRIAL SUPERVISION
- ___ SEEK/MAINTAIN EMPLOYMENT
- ___ SUBMIT TO COUNSELING AS DEEMED APPROPRIATE BY PRETRIAL SERVICES
- **X** DRUG/ALCOHOL MONITORING
- **X** THIRD PARTY CUSTODY TO   Agapita Borja and Jose M. Borja
- **X** TRAVEL RESTRICTIONS   Not leave Saipan without prior written approval from Court
- **X** SURRENDER PASSPORT
- **X** DO NOT OBTAIN PASSPORT
- ___ REFRAIN FROM EXCESSIVE USE OF ALCOHOL OR ANY CONTROLLED SUBSTANCE WITHOUT A PRESCRIPTION

FILED
Clerk
District Court
DEC 30 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

- **X** OTHER   Avoid all contact, directly or indirectly with any persons who are or who may become become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Lian Wei; Chi Xiu Mei; We QuiXiang; Raymond B. Borja...unless with her attorney in preparation for her defense. Defendant may see her brother but may not discuss any aspects of the case;
- **X** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by licensed medical.
- **X** Refrain from possessing a firearm, destructive device, or other dangerous weapons.
- **X** Participate in the following home confinement program components requirements and abide by all the requirements of the program which will include electronic monitoring: curfew, hours of 6:00 pm to 6:00 am
- **X** Other: Third Party Custodians are to report any breach of any condition of release to the Court, U.S. Probation, and U.S. Attorney; Ms. Borja shall inform the Court or U.S. Attorney prior to leaving the CNMI.

DEFENDANT HAS MET CONDITIONS OF RELEASE      **X** YES   ___ NO

CONDITIONS OF RELEASE NOT MET AND THE ACTIVITIES OF THE OFFICER TO BRING THE DEFENDANT INTO COMPLIANCE:

RECOMMENDATION:   This officer recommends continued release on conditions previously imposed.

December 30, 2005        _Melinda N. Brunson_
DATE                     U.S. PRETRIAL SERVICES OFFICER