F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

DEC 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*************************************************************************

CR-05-00027                                              December 30, 2005
                                                         9:30 a.m.


           UNITED STATES OF AMERICA -vs- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, DEPUTY CLERK
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           ZHENG, MING YAN, DEFENDANT

PROCEEDINGS:  ARRAIGNMENT on SUPERCEDING INDICTMENT

   Defendant **Zheng Ming Yan** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present were U.S. Probation Officer Mindy Brunson.

   Aby Leung was present and sworn as interpreter/translator of the Mandarin language.

   Defense stated that they received a copy of the superceding indictment and were ready to proceed with an arraignment hearing.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against her. Court set jury trial for **MONDAY, February 27, 2006 at 9:00 a.m.** Pretrial motions shall be filed by January 13, 2006.

   Government moved that the defendant not have any contact with the co-defendant unless in the presence of the attorneys. Defense objected. Court GRANTED the Governments motion.

   Defendant was released on the same conditions and terms as previously ordered.

                    Adj. 9:40 a.m.

                                    K. Lynn Lemieux, Courtroom Deputy