FILED
Clerk
District Court

JAN - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  NORTHERN MARIANAS DISTRICT
   Horiguchi Building, Third Floor
4  P.O. Box 500377
   Saipan, MP 96950
5  Telephone:   (670) 236-2980
   Fax:         (670) 236-2985
6
   Attorneys for United States of America
7
                    UNITED STATES DISTRICT COURT
8                    NORTHERN MARIANA ISLANDS

9
   UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 05-00027
10                                  )
              Plaintiff,            )
11                                  )
         vs.                        )   **APPLICATION AND ORDER TO UNSEAL**
12                                  )
   ZHENG, MING YAN,                 )
13   a.k.a. "LI-NA," and            )
   LIU, CHANG DA,                   )
14                                  )
              Defendants.           )
15 _____)

16         The Government respectfully requests that the Court unseal the Superseding Indictment
   in this case.
17

18 Dated: 12/30/05

19
                                        LEONARDO M. RAPADAS
20                                      United States Attorney

21

22                              By: _____
                                        TIMOTHY E. MORAN
23                                      Assistant United States Attorney
                                        District of the Northern Mariana Islands
24

25 SO ORDERED:

26
   _____           **RECEIVED**
27 ALEX R. MUNSON, CHIEF JUDGE
                                           DEC 3 0 2005
28
                                           Clerk
                                           District Court
                                           For The Northern Mariana Islands