F I L E D
Clerk
District Court

FEB 16 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | USDC Cr. Cs. No.: 05-00027-001 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZHENG, MING YAN aka Li-Na ) | |
| Defendant. ) | |

**Re:   Informational Report, No Action Requested**

On August 22, 2005, Zheng Ming Yan made an Initial Appearance on a Complaint charging her with Interstate Travel for Purposes of Prostitution, in violation of 18 U.S.C. §§ 2421 and 2.

On September 20, 2005, Ms. Zheng was released on a $50,000 cash bond and to the third party custody of Agapita and Jose Borja with the following conditions: that she surrender her passport to the Clerk of Court or provide verification to the court that her passport is being held with the Superior Court, and if released, surrender it immediately to the U.S. District Court Clerk; that she obtain no new passport, duplicate passport, or travel documents; that she not leave the island of Saipan without the written permission from the court; that she avoid all contact with any persons who are or who may become a victim or potential witness, including but not limited to: Lian Wei, Chi Xiumei, Wei Quixiang, and Raymond Borja, unless with her attorney in preparation for her defense. The court ordered that the defendant may see her brother, but may not discuss any aspects of the case. The court also ordered that she refrain from possessing a firearm, destructive device, or other dangerous weapon; that she refrain from the use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a medical practitioner; that she submit to testing to determine whether she is using a prohibited substance; that she be placed under the U.S. Probation home confinement program with curfew from 6:00 pm to 6:00 am; that she advise the court in writing prior to any change in address; that she obtain a land line telephone for the use of the electronic monitoring; and that she have no contact with any employee from the Tea House Karaoke Club.

In addition, the court further ordered that if Mr. or Mrs. Borja, as third party custodians, should discover that Ms. Zheng has violated any of the above conditions, they are to report such violations to Margarita Wonenberg, the court, or the U.S. Attorney's Office.  If Mrs. Borja is to leave the CNMI, she shall inform the court or U.S. Attorney's Office immediately. Ms. Zheng is alleged to have violated the following condition:

Informational Report
Zheng, Ming Yan aka Li-Ni
Criminal Case No 05-00027-001
February 15, 2006
Page -2-

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.*

On Saturday, January 28, 2006, Ms. Zheng missed a scheduled urinalysis (UA) at Marianas Psychiatric Services (MPS). Ms. Zheng left a message on this officer's voice-mail machine on January 29, 2006 to report that she missed her UA and asked for further instructions. Ms. Zheng called this officer again on Monday morning, January 30, 2006, at which time this officer instructed her to report to the U.S. Probation Office. Ms. Zheng complied and was subjected to a UA, which was negative for illicit substances.

Ms. Zheng apologized for missing her scheduled drug test and explained that Saturday was an unusually busy day at her store because it was the day before Chinese New Year. She became overwhelmed by the amount of customers who where at her store to buy items to prepare for Chinese New Year celebrations and she forgot about her drug test.

Although this is the second Informational Report filed as a result of Ms. Zheng's failure to report to a scheduled drug test, it is recommended that no action be taken at this time. Ms. Zheng reported to her probation officer accordingly after she realized that she missed her test. She has been consistently testing negative for illicit substances, and has complied with all requests of this officer. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Tim Moran, Assistant U.S. Attorney
    Anthony Long, Defense Attorney
    File