F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

FEB 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00027-001

February 23, 2006
10:50 a.m.

### U.S.A. -v- ZHENG, MING YAN

PRESENT:    HON. ALEX R. MUNSON,  JUDGE PRESIDING
            SANAE SHMULL, COURT REPORTER
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            ZHANG, MING YAN,  DEFENDANT
            G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

Defendant was present with Attorney G. Anthony Long.  Government by Timothy Moran and Craig Moore, AUSA.

Lisa Demoux  was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn.  Defendant stated that she and her attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial;  therefore it was ordered that the jury trial would be waived up until and including **May 31,  2006** and that jury trial would commence on Monday, **May 8,  2006 at 9:00 a.m.** in this courtroom.

Court ordered that the defendant remain at liberty on the same terms and conditions as previously set by the Court.

Court adjourned at 11:00 a.m.

K. Lynn Lemieux, Courtroom Deputy