UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants, | Criminal Action No. 05-00027<br><br><u>Order Setting Pre-trial Conference</u> |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

IT IS ORDERED that a Pre-trial Conference in the above case is set for Tuesday, March 23, 2006, at 10:30 a.m.

DATED this 17th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)