FILED
Clerk
District Court

MAR 23 2006

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS   For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants. | Criminal Action No. 05-00027<br><br>Order Rescheduling Trial Date |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

By consent of the parties and the Court, the trial date of Monday, May 8, 2006, is changed to Tuesday, May 30, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 23rd day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)