Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

FILED
Clerk
District Court

MAR 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION |
| | ) AND MOTION |
| ZHENG MING YAN | ) |
| | ) Date: May 11, 2006 |
| Defendant | ) |
| | ) Time: 9:00 a.m. |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

## NOTICE

Please be advised that on May 11, 2006 at 9:00 a.m. or as soon thereafter as possible, the court will hear the motion for partial dismissal on grounds of multiplicity.

## MOTION

Defendant and her counsel hereby move for partial dismissal on grounds of

Page 1 of 2

multiplicity. This motion is based upon the memorandum of points of authorities filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: _____
G. Anthony Long