FILED
Clerk
District Court

MAY 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00027

May 11, 2006
9:10 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
SANAE SHMULL, Court Reporter
K. LYNN LEMIEUX, Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
G. ANTHONY LONG, Counsel for Defendant

PROCEEDING:   **MOTION FOR PARTIAL DISMISSAL ON GROUNDS OF MULTIPLICITY**

   Attorney G. Anthony Long was present on behalf of defendant. Government by Timothy Moran, AUSA.

   Attorney Long argued the motion. Government argued.

   Court, after hearing argument, took the matter under advisement and stated that a written order would be forthcoming.

Adjourned at 9:20 a.m.

K. Lynn Lemieux, Courtroom Deputy