```
                                              F I L E D
                                                 Clerk
                                             District Court

                                             MAY 15 2006
```

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
         (Deputy C.␣.␣)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants. | Criminal Action No. 05-00027<br><br>Notice Scheduling Pretrial Conference |

| | | |
|---|---|---|
| Timothy Moran<br>Assistant U.S. Attorney<br>P.O. Box 500377<br>Saipan, MP 96950 | G. Anthony Long<br>Attorney at Law<br>P.O. Box 504970<br>Saipan, MP 96950 | Steven P. Pixley<br>Attorney at Law<br>P.O. Box 7757 SVRB<br>Saipan, MP 96950 |

NOTICE IS HEREBY GIVEN that a Pretrial Conference in the above case is set for Wednesday, May 24, 2006, at 9:00 a.m.

DATED this 15th day of May, 2006.

_____
Judge Alex R. Munson