IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>ZHENG, MING YAN aka Li-Na )<br>        Defendant. )<br>_____) | USDC Cr. Cs. No.: 05-00027-001 |

**Re: Informational Report, No Action Requested**

On August 22, 2005, Zheng Ming Yan made an Initial Appearance on a Complaint charging her with Interstate Travel for Purposes of Prostitution, in violation of 18 U.S.C. §§ 2421 and 2.

On September 20, 2005, Ms. Zheng was released on a $50,000 cash bond and to the third party custody of Agapita and Jose Borja with the following conditions: that she surrender her passport to the Clerk of Court or provide verification to the court that her passport is being held with the Superior Court, and if released, surrender it immediately to the U.S. District Court Clerk; that she obtain no new passport, duplicate passport, or travel documents; that she not leave the island of Saipan without the written permission from the court; that she avoid all contact with any persons who are or who may become a victim or potential witness, including but not limited to: Lian Wei, Chi Xiumei, Wei Quixiang, and Raymond Borja, unless with her attorney in preparation for her defense. The court ordered that the defendant may see her brother, but may not discuss any aspects of the case. The court also ordered that she refrain from possessing a firearm, destructive device, or other dangerous weapon; that she refrain from the use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a medical practitioner; that she submit to testing to determine whether she is using a prohibited substance; that she be placed under the U.S. Probation home confinement program with curfew from 6:00 pm to 6:00 am; that she advise the court in writing prior to any change in address; that she obtain a land line telephone for the use of the electronic monitoring; and that she have no contact with any employee from the Tea House Karaoke Club.

In addition, the court further ordered that if Mr. or Mrs. Borja, as third party custodians, should discover that Ms. Zheng has violated any of the above conditions, they are to report such violations to Margarita Wonenberg, the court, or the U.S. Attorney's Office. If Mrs. Borja is to leave the CNMI, she shall inform the court or U.S. Attorney's Office immediately. Ms. Zheng is alleged to have violated the following condition:

Informational Report
Zheng, Ming Yan aka Li-Ni
Criminal Case No 05-00027-001
May 18, 2006
Page -2-

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.*

On Saturday, May, 6, 2006, Ms. Zheng missed a scheduled urinalysis (UA) at Marianas Psychiatric Services (MPS). This officer was notified of the missed UA on May 8, 2006, and Ms. Zheng was instructed to report to the U.S. Probation Office immediately. She complied and submitted to a UA, which was negative for illicit substances. When queried about the missed UA, Ms. Zheng insisted that she called the UA phone line during the evening of May 5, 2006, and again during the morning hours of May 6, 2006. She stated that the pre-recorded message on the UA phone line listed many designated clients numbers, but her number was not listed. She maintains that her designated number was not one of the numbers called on the UA phone line, however, MPS records indicate that it was.

Ms. Zheng has been on the UA phase system since September 21, 2005, and has missed a total of four tests: October 21, 2005 (excused), January 28, 2006 (unexcused), March 22, 2006 (excused), and May 6, 2006 (unexcused). The probation officer is requesting that no action be taken at this time as it appears that Ms. Zheng is making efforts to comply with the conditions of her release. Any further violations will be reported to the Court as they occur.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Tim Moran, Assistant U.S. Attorney
      Anthony Long, Defense Attorney
      File