Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

FILED
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION AND<br>) MOTION TO EXCLUDE EVIDENCE |
| ZHENG MING YAN and LIU, CHANG DA | ) |
| | ) Date: MAY 2 4 2006 |
| Defendant | ) Time: 4:30 AM |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

### NOTICE

Please be advised that on _____MAY 2 4 2006_____ or as soon thereafter as possible, the court will hear defendant Zheng's in limine motion.

### MOTION

Defendant Zheng hereby moves for an in limine order to exclude certain

evidence at trial. This motion is based upon the memorandum of points of authorities filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: /s/ G. Anthony Long
G. Anthony Long