```
                                              FILED
                                               Clerk
                                            District Court

LEONARDO M. RAPADAS
United States Attorney                       MAY 23 2006
TIMOTHY E. MORAN
Assistant U.S. Attorneys                   For The Northern Mariana Islands
DISTRICT OF THE NORTHERN                   By_____
    MARIANA ISLANDS                              (Deputy Clerk)
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00027 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNITED STATES' INITIAL EXHIBIT LIST** |
| v. | ) | |
| ZHENG, MING YAN, | ) | Trial: Jury |
| a/k/a/ "LI-NA," and | ) | Date: May 30, 2006 |
| LIU, CHANG DA, | ) | Time: 1:00 a.m. |
| Defendants. | ) | Judge: Hon. Alex R. Munson |

The United States of America, by and through its undersigned attorneys, hereby submits the attached initial list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

                               LEONARDO M. RAPADAS
                               United States Attorney
                               Districts of Guam and the NMI

Date: 5/30/06              By: _____
                               TIMOTHY E. MORAN
                               Assistant United States Attorney

DISTRICT OF THE NORTHERN MARIANA ISLANDS

## EXHIBITS

<u>U.S.A. vs Zheng, Ming Yan et al.</u>, Criminal Case No. <u>05-00027</u>
✓ Plaintiff __ Defendant Type of Hearing: <u>Jury Trial</u>

| No. | Bates No. | Description |
|---|---|---|
| 1 | ZHE0029 | Flier |
| 1T | ZHE0005 | English Translation |
| 2 | ZHE0030 | Power of Attorney |
| 2T | ZHE0006 | English Translation |
| 3 | ZHE0031-ZHE0033 | Agreement |
| 3T | ZHE0007-ZHE0009 | English Translation |
| 4 | ZHE0037-ZHE0049 | Ledger Excerpts |
| 4T | ZHE0012-ZHE0028 | English Translation |
| 5 | DOL00008 | Letter from J. Babauta to Zheng, Ming Yan |
| 6 | DOL00009 | Letter from Zheng, Ming Yan to J. Babauta |
| 7 | DOL00010 | Letter from Zheng, Ming Yan to J. Babauta |
| 8 | DOL00026 | Letter from J. Babauta to Zheng, Ming Yan |
| 9 | DOL00027 | Letter from Zheng, Ming Yan to J. Babuata |
| 10 | ZHE0175 | Agreement |
| 11 | GAL 00603 | Lian Wei Authorization To Board |
| 12 | GAL 00608-GAL 00609 | Lian Wei Nonresident Worker's Affidavit |
| 13 | GAL 00610-GAL 00612 | Lian Wei Employment Contract |
| 14 | GAL 00613-GAL 00614 | Lian Wei Director of Labor Endorsement |
| 15 | GAL 00656 | Chi Xiumei Authorization To Board |
| 16 | GAL 00659-GAL 00660 | Chi Xiumei Nonresident Worker's Affidavit |
| 17 | GAL 00661-GAL 00663 | Chi Xiumei Employment Contract |
| 18 | GAL 00664-GAL 00665 | Chi Xiumei Director of Labor Endorsement |

| No. | Bates No. | Description |
|---|---|---|
| 19 | n/a | tape of June 24, 2005 phone conversation |
| 19T | ZHE0105-ZHE0121 | English translation |
| 20 | n/a | tape of June 24, 2005 meeting |
| 20T | n/a | English translation |