Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy C.e. )

Attorney for Defendant Zheng, Ming Yan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00027 |
| ) | |
| Plaintiff ) | |
| ) | DEFENDANT ZHENG'S |
| v. ) | EXHIBIT LIST |
| ) | |
| ZHENG MING YAN and LIU, CHANG ) | |
| DA ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Defendant Zheng Ming Yan reserves the right to introduce the following exhibits during her case in chief:

Labor Records of Wei, Qui Xiang

Labor Records of Wang Bin

Labor Records of Lu, Xiu Hua

Labor Records of Lian, Chi Wei

Labor Records of Chi, Xiumei

Immigration Records of Wei, Qui Xiang

1. Immigration Records of Lian, Chi Wei
2. Immigration Records of Chi, Xiumei
3. Immigration Records of Wang Bin
4. Immigration Records of Lu, Xiu Hua
5. Perfect Corporation corporate records
6. Greate Corporation corporate records
7. Remittance records of Wei, Qui Xiang
8. Remittance records of Lian, Chi Wei
9. Remittance records of Chi, Xiumei
10. Documents from *Commonwealth v. Liu, Chang Da*,
11. Custodian of Records, Division of Immigration
12. Custodian of Records, Department of Labor
13. CDs of U.S. Gift Shop and DVD Store
14. Photos of the residence of Wei, Qui Xiang, Lian, Chi Wei, and Chi, Xiumei
15. Business license for 369 Restaurant
16. Real Live Fsh Restaurant
17. Golden Cut Beauty Salon
18. Chang Ming Store
19. Lease agreement Kyung Sung Corporation and Zheng Ming Yan

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801

Any exhibit identified on the prosecution's exhibit list.

Any exhibit identified on tLiu, Chang Da's exhibit list.

Any exhibit which becomes necessary and relevant for purposes of refreshing recollection, impeachment, rebuttal or for any other purposes during trial.

Defendant reserves the right to amend this exhibit list prior to trial.

Dated this 23rd day of May, 2006.

Law Office of G. Anthony Long

By: _____

G. Anthony Long