FILED
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00027

May 26, 2006
11: 25 a.m.

**UNITED STATES OF AMERICA -v- ZHENG, MING YAN and LIU, CHANG DA**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
RANDY SCHMIDT, Law Clerk
SANAE SHMULL, Court Reporter
K. LYNN LEMIEUX, Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
G. ANTHONY LONG, Counsel for Defendant
STEVE PIXLEY, Counsel for Defendant Liu
ZHENG, MING YAN , Defendant
LIU, CHANG DA, Defendant

PROCEEDING:   **MOTION TO EXCLUDE EVIDENCE/ ARRAIGNMENT**

Attorney G. Anthony Long was present on behalf of defendant Zheng. Attorney Steve Pixley appeared on behalf of defendant Liu. Government by Timothy Moran, AUSA.

Attorney Pixley moved to have the arraignment hearing continued to the afternoon. Attorney Long joined in that motion. Court ordered that the arraignment hearings would be heard at 3:00 p.m. On this date.

Attorney Long and Attorney Pixley argued the Motion to Exclude Evidence and/or a continuance of the trial. Government argued; but stated that they had no objection to the continuance of the trial.

Court, after hearing argument, ordered that the hearing for a waiver of speedy trial would take place at 3:00 p.m. to continue the trial to an August date to be set at that time. Further Court ordered that the arraignment hearings for the superseding indictment on these defendants would take place at 3:00 p.m. this afternoon.

Adjourned at 11:45 a.m.

K. Lynn Lemieux, Courtroom Deputy