Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027-001                              May 26, 2006
                                             3:30 p.m.

## U.S.A. -v- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           SANAE SHMULL, COURT REPORTER
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ZHANG, MING YAN, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: ARRAIGNMENT/ WAIVER OF SPEEDY TRIAL

   Defendant was present with Attorney G. Anthony Long. Government by Timothy Moran and Craig Moore, AUSA.

   Chien-Lon Yen was sworn as interpreter/translator of the Mandarin language.

**ARRAIGNMENT**:

   Defendant was worn and advised of her constitutional rights and the charges against her in the superseding indictment.

   Defendant waived reading of the superseding indictment and pled **NOT GUILTY** to the charges against him. Court stated that trial date would be set during the waiver of the speedy trial hearing.

**WAIVER OF SPEEDY TRIAL**:

   Defendant stated that she and her attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to he understanding of her constitutional rights and her right to a speedy trial.

     The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **August 31, 2006** and that jury trial would commence on Monday, **August 14, 2006 at 9:00 a.m.** in this courtroom.

     Court ordered that the defendant remain at liberty under all the same terms and conditions as previously set by the Court.

     Court adjourned at 3:40 p.m.

*K. Lynn Lemieux, Courtroom Deputy*