F I L E D
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZHENG, MING YAN, <br> a.k.a. "LI-NA," <br><br> Defendant. | Criminal Case No. 05-00027 <br><br> **ORDER GRANTING WAIVER OF SPEEDY TRIAL AND AMENDING SCHEDULING** <br><br> Hearing:  May 26, 2006 <br> Time:  3:00 p.m. |

ZHENG, MING YAN, a.k.a. "LI-NA," the defendant, having appeared in open court with her attorney on May 26, 2006; and

The defendant, through her attorney, having represented to the Court that she requests the Court to consider her oral motion in open court to waive speedy trial in order to allow her counsel to effectively prepare her case;

The Court finds pursuant to Title 18, United States Code § 3161 (h)(8) that the ends of justice served by allowing the defense further time to review the evidence in preparation for trial outweighs any other interests the public or the defendant may have in a speedy trial; therefore,

IT IS ORDERED that:

1. Pursuant to the defendant's request and a written voluntary, knowing and intelligent waiver, speedy trial was waived and the time from the execution of this waiver up to and including <u>August 31, 2006,</u> is hereby excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act;

2. The jury trial herein shall commence on _August 14_, 2006; and

3. The following be filed with this Court no later than one week before trial:

   a) Proposed jury voir dire questions;

   b) A joint exhibit list (Government's exhibits numbered; Defendant's exhibits lettered) (one original and three copies for the Court);

   c) A complete set of marked exhibits (with a copy for the Court if practicable);

   d) Proposed verdict forms;

   e) Witness lists for purposes of voir dire only (witness lists shall include: legal names, aliases, nicknames, place of residence, and place of employment) (one original and three copies for the Court); and

//
//
//
//
//
//
//
//
//
//

f) Proposed jury instructions (those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party.)

IT IS SO ORDERED.

DATED: May 26, 2006

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

The undersigned parties stipulate to this order both as to form and substance. The defendant specifically acknowledges the waiver of speedy trial and exclusion of time up to and including August 14, 2006.

_____    Date: 5/26/06
Defendant

_____    Date: 05/26/06
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the NMI

By: _____    Date: 5/26/06
TIMOTHY E. MORAN
Assistant United States Attorney