F I L E D
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MING YAN ZHENG and CHANG DA LIU,<br><br>Defendants. | Case No. CR-05-00027<br><br>**NOTICE OF ORDER GRANTING<br>CONTINUANCE OF TRIAL** |

**THIS MATTER** came before the court on May 26, 2006, for hearing of defendant Ming Yan Zhang's written motion to exclude evidence and defendant Zhang's oral motion for continuance of trial.[1] Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Timothy E. Moran; defendant Zhang appeared personally and by and through her attorney, G. Anthony Long; defendant Chang Da Liu appeared personally and by and through his attorney, Steven P. Pixley.

To allow defendants time to review the tapes and transcripts of the tapes, **THE COURT GRANTED** defendant Zhang's oral motion for continuance of trial and set the new trial date for August 14, 2006, at 9:00 a.m. *See* Order Granting Waiver of Speedy Trial and Amending Schedule, No. 83 (May 26, 2006). Having granted the continuance, **THE COURT DENIED** as moot defendant Zhang's motion to exclude evidence.

**IT IS SO ORDERED.**

**DATED** this 8th day of June, 2006.

_____
ALEX R. MUNSON, Judge

[1] Defendant Chang Da Liu joined the motion during the hearing.