FILED
Clerk
District Court

AUG - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00027 |
| )  Plaintiff, ) | |
| vs. ) | NOTICE CHANGING |
| ) | TIME OF TRIAL |
| ZHENG, MING YAN and ) | |
| LIU, CHANG DA, ) | |
| Defendants. ) | |

| Timothy Moran | G. Anthony Long | Steven P. Pixley |
|---|---|---|
| Assistant U.S. Attorney | Attorney at Law | Attorney at Law |
| P.O. Box 500377 | P.O. Box 504970 | P.O. Box 7757 SVRB |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

IT IS ORDERED that the trial in the above case shall begin at **1:00 p.m.** on **Monday, August 14, 2006.**

DATED this August 1, 2006.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)