Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00027 |
| ) | |
| Plaintiff ) | |
| ) | DEFENDANT ZHENG'S |
| v. ) | AMENDED EXHIBIT LIST |
| ) | |
| ZHENG MING YAN and LIU, CHANG ) | |
| DA ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

    Defendant Zheng Ming Yan reserves the right to introduce the following exhibits during her case in chief:

    Labor Records of Wei, Qui Xiang

    Labor Records of Wang Bin

    Labor Records of Lu, Xiu Hua

    Labor Records of Lian, Chi Wei

    Labor Records of Chi, Xiumei

Immigration Records of Wei, Qui Xiang

Immigration Records of Lian, Chi Wei

Immigration Records of Chi, Xiumei

Immigration Records of Wang Bin

Immigration Records of Lu, Xiu Hua

Perfect Corporation corporate records

Greate Corporation corporate records

Remittance records of Wei, Qui Xiang

Remittance records of Lian, Chi Wei

Remittance records of Chi, Xiumei

Documents from *Commonwealth v. Liu, Chang Da*,

Custodian of Records, Division of Immigration

Custodian of Records, Department of Labor

CDs of U.S. Gift Shop and DVD Store

Photos of the residence of Wei, Qui Xiang, Lian, Chi Wei, and Chi, Xiumei

Business license for 369 Restaurant

Business license for Real Live Fish Restaurant

Business license for olden Cut Beauty Salon

Business license for Chang Ming Store

Lease agreement Kyung Sung Corporation and Zheng Ming Yan

Translation of recorded conversation on

Translation of recorded telephone conversation

Any exhibit identified on the prosecution's exhibit list.

Any exhibit identified on Liu, Chang Da's exhibit list.

Any exhibit which becomes necessary and relevant for purposes of refreshing recollection, impeachment, rebuttal or for any other purposes during trial.

Defendant reserves the right to amend this exhibit list prior to trial.

Dated this 7th day of August, 2006.

                       Law Office of G. Anthony Long

                       By:/s/_____
                          G. Anthony Long