UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

AUG - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants. | Criminal Action No. 05-00027<br><br>Notice Scheduling Pretrial Conference |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that a Pretrial Conference in the above case is set for Thursday, August 10, 2006, at 10:30 a.m.

DATED this 9th day of August, 2006.

_____
Judge Alex R. Munson