Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) DECLARATION OF G. ANTHONY LONG |
| ZHENG MING YAN and LIU, CHANG DA | ) |
| | ) Date: Aug. 14, 2006 |
| Defendant | ) Time: 8:00 a.m. |

I, G. Anthony Long, hereby declare as follows:

1. I am the attorney for defendant Zheng, Ming Yan.

2. The majority of the wintesses at trial, particularly the prosecution's principal witnesses all speak Mandarin as their first language and will require interpretation of questions to them and their answers.

3. A pretrial conference in this case was held in chambers on August 10, 2006.

4. During the pretrial conference the prosecutor handling this matter

acknowledged that the prosecution's interpreter has been working closely with the prosecution's witnesses in connection with their trial testimony.

5. It is further my understanding that the same person whom the prosecution wants to serve as an interpreter will also testify at trial concerning the translation of recordings involving Zheng.

I declare under penalty of perjury that the above is true and correct and execute this declaration on this 11th day of August, 2006.

/s/_____
G. Anthony Long