LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:          (670) 236-2985

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00027 |
| ) Plaintiff, ) | |
| ) | **UNITED STATES' INITIAL EXHIBIT LIST** |
| v. ) | |
| ) | |
| ZHENG, MING YAN, ) | Trial: Jury |
|     a/k/a/ "LI-NA," and ) | Date: May 30, 2006 |
| LIU, CHANG DA, ) | Time: 1:00 a.m. |
| ) | Judge: Hon. Alex R. Munson |
| ) Defendants. ) | |

 The United States of America, by and through its undersigned attorneys, hereby submits the attached initial list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI

Date: _____    By: _____
                                              TIMOTHY E. MORAN
                                              Assistant United States Attorney

**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

**EXHIBITS**

**U.S.A. vs zheng, Ming Yan et al., Criminal Case No. 05-00027**
**√ Plaintiff ___ Defendant   Type of Hearing: Jury Trial**

| No. | Bates No. | Description |
|---|---|---|
| 1 | ZHE0029 | Flier |
| 1 T | ZHE005 | English Translation |
| 2 | ZHE0031 - ZHE0033 | Recruiting Contract |
| 2 T | ZHE0007 - ZHE0009 | English Translation |
| 3 | ZHE0175 | Waitress Contract |
| 3 T | n/a | Translation |
| 4 | GAL 00610 - GAL 00612 | Lian Wei Employment Contract |
| 5 | GAL 00608 - GAL 00609 | Lian Wei Nonresident Worker's Affidavit |
| 6 | GAL 00603 | Lian Wei Authorization to Board |
| 7 | GAL 00661 - GAL 00663 | Chi Xiumei Employment Contract |
| 8 | GAL 00659 - GAL 00660 | Chi Xiumei Nonresident Worker's Affidavit |
| 9 | GAL 00656 | Chi Xiumei Authorization To Board |
| 10 | n/a | Ledger Excerpts, 10/03 - 06/04 |
| 10 T | ZHE00013 - ZHE00015 | Translation |
| 11 | n/a | Leger Excerpts, 10/30/04 |
| 11 T | ZHE00016 | Translation |
| 12 | n/a | Ledger Excerpts, 11/20 |
| 12 T | ZHE00393 - ZHE00394 | Translation |
| 13 | n/a | May 2005 Ledger |
| 13 T | ZHE00017 - ZHE00025 | Translation |
| 14 | DOL00009 | 5/26/04 letter from Zheng to Governor |
| 15 | DOL00010 | 6/3/04 letter from Zheng to Governor |
| 16 | DOL00015 | 6/3/04 letter from Alfred Pangelinan to Governor |

| 17 | DOL00013 | 6/7/04 letter from Alfred Pangelinan to Governor |
| 18 | DOL00008 | 6/18/04 letter from Governor to Zheng |
| 19 | DOL00027 | 6/24/04 letter from Zheng to Governor |
| 20 | DOL00026 | 7/15/04 letter from Governor to Zheng |
| 21 | DOL00017 | letter from Zheng to Governor (faxed 11/2/04) |
| 22 | n/a | June 24, 2005 telephone call excerpt |
| 23 | n/a | June 24, 2005 meeting excerpts |