F I L E D
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00027                                                     August 14, 2006
                                                                8:15 a.m.

**UNITED STATES OF AMERICA -v- ZHENG, MING YAN and LIU, CHANG DA**

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            RANDY SCHMIDT, Law Clerk
            SANAE SHMULL, Court Reporter
            K. LYNN LEMIEUX, Deputy Clerk
            TIMOTHY MORAN, Assistant U. S. Attorney
            G. ANTHONY LONG, Counsel for Defendant
            STEVE PIXLEY, Counsel for Defendant Liu

PROCEEDING:    **MOTION in LIMINE**

   Attorney G. Anthony Long was present on behalf of defendant Zheng. Attorney Steve Pixley appeared on behalf of defendant Liu. Government by Timothy Moran, AUSA.

   Government argued. Attorney Long argued. Attorney Pixley argued and joined in Attorney Long's motion.

   Court, after hearing arguments, stated that a decision on this matter would be forthcoming at 1:00 p.m. before the trial starts.

                                            Adjourned at 8:55 a.m.

                                            _____
                                            K. Lynn Lemieux, Courtroom Deputy