# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                                                August 14, 2006
                                                                                     8:00 a.m.

## UNITED STATES OF AMERICA -v- ZHENG, ET AL

At 8:00 a.m. 59 jurors appeared for jury orientation. 55 jurors were empaneled and instructed by the Court and ordered to return at 1:00 p.m. to begin trial.

At 1:00 p.m. 50 jurors returned to the Courtroom.

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Michelle Macaranas, Deputy Clerk
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Ming Yan Zhen, Defendant
           Chang Da Liu, Defendant

PROCEEDINGS:   JURY TRIAL - Jury Selection

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zheng. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations. 55 potential jurors were present.

Jurors were sworn and Court began voir dire of Panel 60501.

At 3:05 p.m. court recessed for afternoon break.

Outside the presence of the jury, Attorney Long moved for a mistrial because of the statements made by a potential juror Kimo Taitano that may have poisoned the jury pool. Attorney Pixley joined in that motion. Attorney Long further moved for a mistrial because one of the potential jurors exchanged pleasantries with the Prosecutor, Tim Moran.

Court **denied** Attorney Long's motion for mistrial based on the Government exchanging

pleasantries with the Prosecutor.

 Court reconvened at 3:50 p.m.

 Outside the presence of the jury, the Court **Denied** Mr. Pixley's motion for mistrial.

 At 3:53 p.m. Voir dire continued. Court empaneled 12 regular jurors and 2 alternates at 5:50 p.m.

 Court admonished the jurors and ordered them to return tomorrow, August 15, 2006 at 9:00 a.m. Court further ordered that matters will be heard tomorrow at 8:00 a.m. Court recessed at 6:00 p.m.

 Attorney Long moved the Court to amend defendant Zheng's conditions of release regarding her curfew hour. Court ordered that defendant Zheng's curfew be lifted and that she be allowed to meet with her attorney Anthony Long until 9:30 p.m. during the course of this trial.

       Adjourned 6:00 p.m.

       K. Lynn Lemieux,  Court Deputy