# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, August 14, 2006 | DOCKET NO. | CR-05-00027 |
|---|---|---|---|
| CAPTION | United States of America    -vs- | | Zhang, Ming Yan and Liu, Chang Da |
| ATTORNEYS | Timothy Moran, AUSA | | G. Anthony Long, Esq. and Steven Pixley |

| | 7 | | 8 | 9 | 10 | | 11 | | 12 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CC | ~~OGO, MARCELINO~~ | CC | ~~TUDELA, MARGARITA~~ | TAULE, ANTONETTE | TORRES, REGINA | CC | ~~HOCOG, GEORGE~~ | DP | ~~LANIYO, MARYANN~~ | CC | ~~SABLAN, BERNADITA~~ |
| CC | ~~SABLAN, CLARISSA~~ | CC | ~~BARCINAS, MANASES~~ | | | DP | ~~ATTAO, VICENTE~~ | GP | ~~CELIS, RITA~~ | CC | ~~GAMMAW, DINO~~ |
| | PANGELINAN, MANUEL | | ARRIOLA, EUGENE | | | DP | ~~WHITE, REBECCA~~ | | MATAGOLAI, KIMBERLY | | ALDAN, RAYMOND |
| | | | | | | | ROPPUL, CHERYL | | | | |

| | 1 | | 2 | 3 | | 4 | | 5 | | 6 | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | ~~SANTOS, CARL R.~~ | DP | ~~PALACIOS, ROMAN~~ | VILLAGOMEZ, ANTONETTE | DP | ~~CRISOSTOMO, JERRY~~ | GP | ~~TERLAJE, MARIA~~ | GP | ~~TORRES, BARBARA~~ | ROGOLOFOI, GLENDA |
| CC | ~~BUGARIN, ROLLY~~ | GP | ~~AGULTO, ALICIA~~ | | | ALDAN, VINCENT | | GIBSON, FRANK | CC | ~~REYES, MELVALYN~~ | |
| | TAITANO, LILLIA | CC | ~~KIM, YONG~~ | | | | | | | CELIS, CLARINDA | |
| | | CC | ~~ATALIG, MARIA~~ | | | | | | | | |
| | | | TUDELA, JAMES | | | | | | | | |

CODES:  **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **GP** = *Government's Peremptory Challenge*

Form NMI-CRJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| 1 | TORRES, BARBARA | 1 | PALACIOS, ROMAN |
| | | 2 | ATTAO, VICENTE |
| 2 | TERLAJE, MARIA | 3 | LANIYO, MARYANN |
| | | 4 | SANTOS, CARL |
| 3 | AGULTO, ALICIA | 5 | CRISOSTOMO, JERRY |
| | | 6 | WHITE, REBECCA |
| 4 | CELIS, RITA | 7 | PASS |
| | | 8 | PASS |
| 5 | PASS | 9 | PASS |
| 6 | PASS | 10 | PASS |

### ALTERNATES

| 1 | PASS | 1 | PASS |
|---|---|---|---|
| 2 | PASS | 2 | PASS |