# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                             August 15, 2006
                                                         8:00 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:   Hon. Alex R. Munson
           Randy K.R. Schmidt, Law Clerk
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Chang Da Liu, Defendant

PROCEEDINGS:   MOTION TO APPOINT NEUTRAL INTERPRETER
               MOTION TO EXCLUDE EVIDENCE
               MOTION FOR SEPARATE TRIAL

     Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf of defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu.

     Outside the presence of the jury, the Court stated tentative rulings to deny the motion to appoint neutral interpreter, motion to exclude exhibits 1, 2, 3 and 4 and defendant Liu's motion for separate trial.

     Attorney Long argued his motion. Attorney Steven Pixley did not have anything further to argue. AUSA, Tim Moran argued their reply. Court adopted all tentative rulings.

                                       Adjourned 8:25 a.m.

                                    /s/ Michelle C. Macaranas,   Deputy Clerk