# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027

August 15, 2006
9:00 a.m.

**UNITED STATES OF AMERICA -v- ZHENG, ET AL**

PRESENT: Hon. Alex R. Munson
Sanae Shmull, Court Reporter
Michelle C. Macaranas, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
G. Anthony Long, Attorney for Defendant Ming Yan Zhen
Steve Pixley, Attorney for Defendant Chang Da Liu
Ming Yan Zhen, Defendant
Chang Da Liu, Defendant

PROCEEDINGS: JURY TRIAL - Day One

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

Outside the presence of the jury, Attorney Long moved the Court on issues regarding Brady matters. AUSA, Tim Moran argued rebuttal. Attorney Pixley moved for Rule 615. Court granted the motion on Rule 615.

All 12 regular jurors and 2 alternate jurors were brought into the courtroom. At 9:20 a.m. Court gave introduction to the trial of this case.

Government began opening statements at 9:30 a.m. and ended at 9:45 a.m.

Attorney Steven Pixley began opening statements at 9:46 a.m. and ended at 9:51 a.m.

Attorney G. Anthony Long began opening statements at 9:52 a.m and ended at 10:00 a.m.

Government called first witness at 10:01a.m. 30 seconds intermission due to power outage.

**LIAN, WEI.** Interpreter Helen Wong and witness Lian were sworn. DX began at 10:05 a.m. Government offered Exhibit 1 - ZHE0029 Flier.

Court admonished and excused the jurors at 10:30 a.m.

Parties argued regarding hear say and Court overruled the objection.

Court recessed at 10:35 a.m. and reconvened at 10:50 am.

**LIAN, WEI**. DX. Government offered exhibit 1. Court admitted exhibit 1. Government offered exhibit 1T - English Translation. Court admitted exhibit 1T. Government moved to un-redact portions of exhibit 1T. Defense attorneys objected. Court received Government's lower un-redacted version of exhibit 1T. Ex. 2. Government offered Ex. 2. Attorney Long objected . CX by Attorney Long regarding ex 2. Court received Ex. 2 for limited purpose for the witness' testimony that the witness saw the document. Government offered Ex. 2T. Court received Ex. 2T.

Court admonished and excused the jurors for lunch at 11:35 a.m.

Court reconvened at 1:05 p.m.

**LIAN, WEI** - DX. Ex. 2. Ex. 3. Government offered Ex. 3. Court received Ex. 3. Government offered Ex. 3T. Attorney Long objected. Government offered redacted version of Ex. 3T. Court received Ex. 3T. Ex. 4. Government offered Ex. 4. Court received Ex. 4 Ex. 5. Government offered Ex. 5. No objections. Court received Ex. 5. Ex. 6. Government offered Ex. 6. No objections. Court received Ex. 6.

Court admonished and excused the jurors for a break at 2:36 p.m.

Court reconvened at 2:55 p.m.

**LIAN WIE -** DX. Government concluded DX at 3:42 p.m. Attorney Pixley began CX at 3:45 p.m. Interpreter Perry Lo was sworn. Ex. 1. Ex. 4. Ex. 5.

Court admonished the jurors and recessed for the day at 4:35 p.m. and ordered the jurors to return tomorrow, August 16, 2006 at 9:00 a.m. Court admonished and excused the witness.

Adjourned 4:30 p.m.

/s/ Michelle C. Macaranas, Court Deputy