FILED
Clerk
District Court

AUG 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05-00027 |
| ) | |
| Plaintiff ) | |
| ) | ORDER PLACING UNDER |
| v. ) | SEAL THE ORDER |
| ) | RE: PLAINTIFF'S MOTION |
| ZHENG, Ming Yan; LIU, Chang Da, ) | IN LIMINE TO EXCLUDE |
| ) | EVIDENCE |
| Defendants ) | |

IT IS ORDERED that the order entered Monday, August 14, 2006, on plaintiff's motion *in limine* to exclude video evidence contained on two CD-ROMs shall be and hereby is sealed.

DATED this 16th day of August, 2006.

_____
ALEX R. MUNSON
Judge