# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                    August 16, 2006
                                                9:00 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Ming Yan Zhen, Defendant
           Chang Da Liu, Defendant

PROCEEDINGS:   **JURY TRIAL - Day Two**

     Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, Special Agent for the Federal Bureau of Investigations.

     All 12 regular jurors and 2 alternate jurors were present in the courtroom.

     **LIAN, WEI.** CX. Ex. 3T. Defense Ex. LIU A. Pixley ended CX at 9:42 a.m. Interpreter Lisa Demoux was sworn. Attorney Long began CX at 9:55 a.m. Ex. 5. Ex.C. Defense offered Ex. C and to change Ex. C. No objections. Court received Ex. C.

     Court admonished and excused the jurors for a break at 10:15 a.m. and reconvened at 10:35 a.m.

     **LIAN, WEI.** CX. Ex. C. Ex. U. Ex. S. Defense offered Ex. U and S. No objections. Court received Ex. U and S. Ex. 1T. Ex. 2. Ex. 3T. Ex. 1. Ex. 3T. Long ended CX at 11:04 a.m. AUSA, Tim Moran began RDX at 11:05 a.m. Ex. 4 and 5. Ex. 3T. Ex. 1T. Ex. 1. Witness referred to whole transcript. Attorney Pixley objected. Court overruled. Witness was excused at 11:35 a.m.

     Court admonished and excused the jurors for lunch at 11:35 a.m. until 1:30 p.m.

     Court took up matters regarding defense counsel's objection regarding witness' testimony. Court recessed at 11:45 a.m.

     Court reconvened at 1:30 p.m.

CR-05-00027
USA vs. Zhang, et., al.
Jury Trial Minutes - Day One
Page 2

Government called witness Chi, Xiumei at 1:31 p.m.

**CHI, XIUMEI** - DX. Witness was sworn. Ex. 1. Ex. 1T. Ex. 3. Ex. 3A. Government offered Ex. 3A. Attorney Long objected. Court received Ex. 3A. Ex. 7. Government offered Ex. 7. No objections. Court received Ex. 7. Ex. 8. Government offered Ex. 8. No objections. Court received Ex. 8. Ex. 9. Government offered Ex. 9. No objections. Court received Ex. 9.

Court admonished and excused the jurors for a break at 3:00 p.m. and reconvened at 3:20 p.m.

**CHI, XIUMEI** - DX. AUSA, Tim Moran ended DX at 4:05 p.m. Attorney Pixley began CX at 4:07 p.m. Ex. 7.

Court admonished and excused the jurors for the day at 4:35 p.m. and ordered the jurors to return tomorrow, August 17, 2006 at 9:00 a.m. Court admonished and excused witness Chi at 4:38 p.m.

Court took up matters with parties. Court ordered Mr. Moran to provide Mr. Long a copy of his expert's report at the end of today's session. Attorney Long argued regarding the witness being moved to Guam. Court denied the motion for reconsideration.

Adjourned 5:00 p.m.

/s/ Michelle C. Macaranas,  Court Deputy