# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                       August 17, 2006
                                                  9:00 a.m.


### UNITED STATES OF AMERICA -v- ZHENG, ET AL


PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Ming Yan Zheng, Defendant
           Chang Da Liu, Defendant

PROCEEDINGS:   JURY TRIAL - Day Three

Government by Timothy Moran, AUSA.  Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen.  Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu.  Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

All 12 regular jurors and 2 alternate jurors were present in the courtroom.

**CHI, XIUMEI.** CX. By Attorney Pixley began at 9:05 a.m. Ex. 3T. 10 seconds intermission due to power outage.

Court admonished and excused the jurors for a break at 10:20 a.m. and reconvened at 10:40 a.m.

**CHI, XIUMEI**. CX. Attorney Pixley ended CX at 11:15 a.m.  Attorney Long began CX at 11:16 a.m.  Ex. D.  Defense offered Ex. D.  No objections. Court received Ex. D.

Court admonished and excused the jurors for lunch at 11:30 a.m. Court admonished and excused the witness at 11:32 a.m.  Court reconvened at 1:50 p.m.

**CHI, XIUMEI**. CX. Ex. Y.  Defense offered Ex. Y.  No objections. Court received Ex. Y. Ex. 1.  Witness reviewed transcript of Grand Jury testimony.

Court admonished and excused the jurors for a break at 3:15 p.m.  On behalf of the jury, Juror No. 5, Mr. Gibson inquired from the Court for a re-assessment of the length of the trial.  Court asked the jurors to unanimously come to an agreement as to whether or not they wish to have a

CR-05-00027
USA vs. Zhang, et., al.
Jury Trial Minutes - Day Three
Page 2

session on Saturday and to report to the Court upon return from break. Court reconvened at 3:35 p.m. Juror No. 5, Mr. Gibson reported to the Court that the jurors agreed not to have a session on Saturday.

**CHI, XIUMEI**. CX. Ex. 2 . Ex. 1. Ex. 2. Ex. 3T. Ex. 9. Atorney Long ended CX at 4:04 p.m. AUSA, Tim Moran began RDX at 4:05 p.m. Ex. 3. Ex. 7. Ex. 9. AUSA, Tim Moran ended RDX at 4:45 p.m. Court excused witness Chi at 4:45 p.m.

Court admonished and excused the jury for the day at 4:50 p.m. and ordered the jurors to return tomorrow, August 18, 2006 at 9:00 a.m.

Court took up matters with parties. Court will accept Tim Moran's brief tomorrow morning and replies on Monday, August 21, 2006. Attorney Long renewed his motion for reconsideration. Court denied the motion for reconsideration. Court ordered each party to prepare points and authorities to issue to the Court and fax it to the Court at 322-9321 by 9:00 p.m.. Court scheduled a hearing for arguments tomorrow, August 18, 2006 at 8:00 a.m.

Adjourned 5:10 p.m.

/s/ Michelle C. Macaranas,   Court Deputy