# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                                August 18, 2006
                                                           8:00 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:    Hon. Alex R. Munson
            Faye Crozat, Court Reporter
            Michelle C. Macaranas, Courtroom Deputy
            Timothy Moran, Assistant U. S. Attorney
            G. Anthony Long, Attorney for Defendant Ming Yan Zhen
            Steve Pixley, Attorney for Defendant Chang Da Liu
            Ming Yan Zheng, Defendant

PROCEEDINGS:     MOTIONS IN LIMINE

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf of defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu.

Outside the presence of the jury, the Court took up matters with parties with regards to exhibits. Court informed counsels that upon review of transcripts, the Court will re-visit the motion. After all arguments, with regards to defendant's motion to correct Chi's testimony regarding relocation to Guam, the Court stated that it would need to hear from James Barry, FBI Agent before ruling. Attorney Pixley argued his motion for government to correct false impressions of facts. After all arguments, the Court informed counsels that Agent Barry will need to testify.

Court recessed at 8:40 a.m. and reconvened at 9:20 a.m.

FBI Agent, James Barry was sworn. RDX. CX by Attorney Pixley. CX by Attorney Long. RDX by AUSA, Tim Moran. Witness was excused at 9:40 a.m.

Court recessed at 9:40 a.m. and reconvened at 10:20 a.m. outside the presence of the jury.

Court apprised counsels with the court's findings. The Court allowed plaintiff's exhibits 19, 20 and 21 to be introduced as evidence. Court DENIED defense's motion to correct Chi's testimony and DENIED defense's motion for government to correct false impressions of facts.

Adjourned at 10:30 a.m.

/s/ Michelle C. Macaranas, Courtroom Clerk

AO 187

# EXHIBIT AND WITNESS LIST

|  |  | **District Court**: Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>AUSA, TIMOTHY E. MORAN | **Defendant's Attorneys**<br>STEVEN PIXLEY, ESQ. (Chang Da Liu)<br>G. ANTHONY LONG, ESQ. (Ming Yan Zhen) | **Docket Number:** CR-05-00027 USA v. ZHENG, et.,al<br>**Trial Date(s):** August 18, 2006 |
| **Presiding Judge**<br>ALEX R. MUNSON, CHIEF JUDGE | **Court Reporter**<br>FAYE CROZAT | **Courtroom Deputy**<br>MICHELLE C. MACARANAS |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/18/06 | ▓ | ▓ | **JAMES BARRY, FBI AGENT** |
|  |  | 8/18/06 |  |  | 302 Report |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**PAGE 1**