# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                                                 August 18, 2006
                                                                            10:30 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Ming Yan Zheng, Defendant
           Chang Da Liu, Defendant

PROCEEDINGS:   JURY TRIAL - Day Four

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

All 12 regular jurors and 2 alternate jurors were present in the courtroom at 10:30 a.m..

Government called witness Alfred Pangelinan (CNMI Department of Labor, Division of Employment Services) at 10:30 a.m. Witness was sworn.

**PANGELINAN, ALFRED** (CNMI Department of Labor, Division of Employment Services) DX by AUSA, Tim Moran began at 10:31 a.m. Ex. 14. Government offered Ex. 14. No objections. Court received Ex. 14. Ex. 15. Government offered Ex. 15. No objections. Court received Ex. 15. Ex. 16. Government offered Ex. 16. No objections. Court received Ex. 16. Ex. 17. Government offered Ex. 17. No objections. Court received Ex. 17. Ex. 18. Government offered Ex. 18. No objections. Court received Ex. 18. Ex. 5. Ex.19. Government offered Ex. 19. Attorney Long argued his objections. Court overruled the objection and received Ex. 19. Ex. 20. Government offered Ex. 20. Attorney Long argued his objections. Court overruled the objection and received Ex. 20. Ex. 21. Government offered Ex. 21. Attorney Long argued his objections and CX the witness with regards to Ex. 21. Court overruled the objection and received Ex. 21. DX ended at 11:04 a.m. Attorney Long began CX at 11:04 a.m. and ended at 11:05 a.m. AUSA, Tim Moran began RDX at 11:05 a.m. and ended at 11:06 a.m. Witness was excused at 11:06 a.m.

Government called witness Tommy Torres (CNMI Office of the Governor) at 11:06 a.m. Witness was sworn.

**TORRES, TOMMY** - DX. Ex. 6. Ex. 9. No Cross Examinations. Witness was excused at 11:19 a.m.

CR-05-00027
USA vs. Zhang, et., al.
Jury Trial Minutes - Day Four
Page 2

Court admonished and excused the jurors for lunch at 11:20 a.m. Court apprised counsels with regards to Monday's schedule and that trial may resume on Monday as well.

Court reconvened at 1:00 p.m.

Government called witness Wang, Lan Jun at 1:00 p.m. Witness was sworn.

**WANG, LAN JUN** - DX. Ex. 10. Government offered Ex. 10. No objections, Court received Ex. 10. Ex. 10T. Government offered Ex. 10T. No objections, Court received Ex. 10T. Witness was shown original Ex. 10.

Court informed the jury regarding the Court's schedule for Monday. Court admonished and excused the jurors for a break at 2:30 p.m. Court admonished and excused the witness for a break. Court reconvened at 3:00 p.m.

**WANG, LAN JUN** - DX. Ex. 10. Ex. 11. Government offered Ex. 11. No objections, Court received Ex. 11. Government offered Ex.11T. No objections, Court received Ex. 11T. Ex. 12. Government offered Ex. 12. No objections, Court received Ex. 12. Government offered Ex. 12T. No objections, Court received Ex. 12T. Ex. 11. Ex. 22 (6/24/05 telephone call excerpt) only for voice identification. Witness identified her and Li Na's voice. Government played Ex. 23 for voice identification only. Witness identified her, Chi Xiumei and Li Na's voice. AUSA, Tim Moran ended DX at 4:10 p.m. Attorney Pixley began CX at 4:11 p.m.

Court inquired from the jurors whether they agreed on Monday's schedule. The jurors agreed to resume on Monday. Court admonished and excused the jurors for the day at 4:30 p.m. and ordered the jurors to return on Monday, August 21, 2006 at 9:00 a.m.

Adjourned 4:30 p.m.

/s/ Michelle C. Macaranas,  Court Deputy