# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                                                                            August 21, 2006
                                                                                                       9:00 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:    Hon. Alex R. Munson
            Sanae Shmull, Court Reporter
            Michelle C. Macaranas, Courtroom Deputy
            Timothy Moran, Assistant U. S. Attorney
            G. Anthony Long, Attorney for Defendant Ming Yan Zhen
            Steve Pixley, Attorney for Defendant Chang Da Liu
            Ming Yan Zheng, Defendant
            Chang Da Liu, Defendant

PROCEEDINGS:    JURY TRIAL - Day Five

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

All 12 regular jurors and 2 alternate jurors were present in the courtroom.

**WANG, LAN JUN** - CX. Attorney Pixley resumed at 9:05 a.m. Ex. LIU-B for identification purposes only. Ex. LIU-C for identification purposes only. Ex. LIU-D for identification purposes only. Defense offered Ex. LIU-B, LIU-C and LIU-D. No objections, Court received Ex. LIU-B, LIU-C and LIU-D. 30 seconds intermission due to power outage. Ex. 3T.

Court admonished and excused the jurors for a break at 10:20 a.m. and resumed at 10:40 a.m.

**WANG, LAN JUN -** CX. Court informed witness Wang that she is not obligated to testify about any statements made with her attorney if she doesn't wish to. CX by Attorney Pixley ended at 11:05 a.m. Attorney Long began CX at 11:07 a.m. Ex. Zheng-U. Ex. Zheng-T. Defense offered Ex. Zheng-T. No objections, Court received Ex. Zheng-T. Ex. Zheng-U.

Court admonished and excused the jurors for lunch at 11:30 a.m. and resumed at 1:05 p.m.

**WANG, LAN JUN** - CX. Ex. 10. Ex. Zheng-Z. Ex. Zheng-AA. Defense offered Ex. Zheng-Z and Zheng-AA. AUSA, Tim Moran argued his objections. Objection sustained. Ex. Zheng-BB. Defense offered Ex. Zheng-BB. AUSA, Tim Moran argued objections. Objection was sustained. Ex. 10. Ex. Zheng-CC. Ex. 10. Ex. 1.

Court admonished and excused the jurors for a break at 2:35 p.m and resumed at 3:05 p.m.
CR-05-00027

USA vs. Zhang, et., al.
Jury Trial Minutes - Day Five
Page 2

      **WANG, LAN JUN** - CX.  Ex. 12.  Long ended CX at 3:35 p.m.  AUSA, Tim Moran began RDX at 3:35 p.m.  Counsels took up matters with the Court regarding witness fees at sidebar at 3:45 p.m.  AUSA, Tim Moran resumed with RDX at 3:55 p.m.  Ex. LIU-B and LIU-C.  AUSA, Tim Moran ended RDX at 4:09 p.m.  Attorney Long began RCX at 4:10 p.m.  Witness was excused at 4:25 p.m.

      Court admonished and excused the jurors for the day at 4:25 p.m. and ordered the jurors to return tomorrow Tuesday, August 22, 2006 at 9:00 a.m.

      Court took up matters with counsels regarding next witness.  AUSA, Tim Moran informed the Court that prosecution has 3 more witnesses.

      Adjourned 4:30 p.m.

      /s/ Michelle C. Macaranas,   Court Deputy