1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
         MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP 96950-0377
   Telephone:   (670) 236-2952
6  Fax:         (670) 236-2985

7  Attorneys for United States of America

8

9                          UNITED STATES DISTRICT COURT
10                          NORTHERN MARIANA ISLANDS

11 UNITED STATES OF AMERICA,        )   Criminal Case No. 05-00027
                                    )
12              Plaintiff,          )   GOVERNMENT'S PROPOSED
                                    )   VERDICT FORM
13       v.                         )
                                    )
14 ZHENG, MING YAN,                 )   Trial: Jury
           a/k/a "Li-Na," and       )   Date: August 14, 2006
15 LIU, CHANG DA,                   )   Time: 1:00 p.m.
                                    )   Judge: Hon. Alex R. Munson
16              Defendants          )
                                    )
17                                  )
                                    )
18                                  )
   _____ )
19

20      The United States of America, by and through its undersigned attorneys, hereby submits the

21 attached proposed verdict form.

22

23

24                                          LEONARDO M. RAPADAS
                                            United States Attorney
25                                          Districts of Guam and the NMI

26
   Date: _____       By: _____
27                                  TIMOTHY E. MORAN
                                    Assistant United States Attorney
28

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00027 |
| Plaintiff, ) | |
| ) | VERDICT FORM |
| v. ) | |
| ZHENG, MING YAN, ) | |
| a/k/a "LI-NA," and ) | |
| LIU, CHANG DA, ) | |
| Defendants ) | |

We, the jury, render the following unanimous verdict as to Counts One through Five of Second Superseding Indictment:

**Count 1**: Conspiracy to Commit Sex Trafficking, Foreign Transportation For Purposes of Prostitution, and Foreign Transportation Of Persons In Execution Of A Scheme To Defraud, from in or about August, 2004 through in or about August, 2005:

    As to ZHENG, MING YAN:   Not Guilty _____   Guilty _____

    As to LIU, CHANG DA:     Not Guilty _____   Guilty _____

1
2
3          **Count 2**: Sex Trafficking of Lian, Wei:
4                  As to ZHENG, MING YAN:  Not Guilty _____        Guilty _____
5                  As to LIU, CHANG DA:       Not Guilty _____        Guilty _____
6
7          **Count 3**: Sex Trafficking of Chi, Xiumei:
8                  As to ZHENG, MING YAN:  Not Guilty _____        Guilty _____
9                  As to LIU, CHANG DA:       Not Guilty _____        Guilty _____
10
11         **Count 4**: Foreign Transportation For Purposes of Prostitution, on or about
12 October 3, 2004:
13                 As to ZHENG, MING YAN:  Not Guilty _____        Guilty _____
14                 As to LIU, CHANG DA:       Not Guilty _____        Guilty _____
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Count 5:** Foreign Transportation Of Persons In Execution Of A Scheme To Defraud, on or about October 3, 2004:

   As to ZHENG, MING YAN: Not Guilty _____  Guilty _____

   As to LIU, CHANG DA: Not Guilty _____  Guilty _____

_____
Jury Foreperson

Dated: _____

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

_____
Jury Foreperson

Dated: _____
Saipan, CNMI