# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                                                August 23, 2006
                                                                                       10:35 a.m.

## UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu

PROCEEDINGS:   JURY INSTRUCTIONS SETTLEMENT

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf of defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf of defendant Chang Da Liu.

Out of the presence of the jury, the Court took up matters with counsels regarding jury instructions. Counsels waived the presence of their clients. Government rests based on submissions. Counsels argued their objections. AUSA, Tim Moran will e-file joint submissions of the verdict form. Counsels argued regarding submissions of corporate documents. After all arguments, the Court received the documents.

Court recessed until 1:00 p.m.

                                                                Adjourned 10:50 a.m.

                                                                /s/ Michelle C. Macaranas,   Court Deputy