**DEFENDANT'S  JURY INSTRUCTION  NO. \_\_\_\_\_**

**UNITED STATES CONSTITUTIONAL PROVISIONS NOT APPLICABLE IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

The portions of the United States Constitution applicable in the Commonwealth are governed by the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America ("Covenant).

Pursuant to the Covenant, the interstate or foreign commerce clause of the United States Constitution to the CNMI is not extended to the Commonwealth.

Pursuant to the Covenant, the territorial clause of the United States Constitution is not extended to the Commonwealth.

Pursuant to the Covenant, the United States immigration laws do not apply and do not control the entry of persons into the Commonwealth.