# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027                                          August 23, 2006
                                                     1:05 p.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant Ming Yan Zhen
           Steve Pixley, Attorney for Defendant Chang Da Liu
           Ming Yan Zheng, Defendant
           Chang Da Liu, Defendant

PROCEEDINGS:    JURY TRIAL - Day Seven

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

All 12 regular jurors and 2 alternate jurors were present in the courtroom.

**WANG, BIN -** CX began at 1:07 p.m. Ex. 25. Government offered Ex. 25. No objections, Court received Ex. 25. Ex. 25T. Government offered Ex. 25T. No objections, Court received Ex. 25T. Ex. 13. Government offered Ex. 13. Attorney Long voir dire witness regarding Ex. 13. No objections, Court received Ex. 13. Government offered Ex. 13T. No objections, Court received Ex. 13T. CX ended at 1:46 p.m. Attorney Pixley began CX at 1:47 p.m. and ended at 2:05 p.m. Attorney Long began RDX at 2:05 p.m. Ex. U. Ex. 13. RDX ended at 2:26 p.m. AUSA, Tim Moran began RCX at 2:27 p.m.. Ex. 13. RCX by AUSA, Tim Moran ended at 2:30 p.m. Witness was excused at 2:30 p.m.

Court admonished and excused the jurors for a break at 2:30 p.m.

Court took up matters regarding jury verdict forms. Court apprised counsels regarding errors that needed to be corrected on the forms. Court apprised counsels that the Court would like to give the jurors each a copy of jury instructions for them to follow along. Court recessed at 2:45 p.m.

Court resumed at 3:10 p.m.

Defense Attorney Pixley called witness Lian, Wei at 3:10 p.m.

CR-05-00027 USA vs. Zheng, et.,al
Jury Trial Minutes Day - Seven
Page 2

**LIAN, WEI** - DX by Attorney Pixley. Ex. ZHENG-CC . Defense offered Ex. Zheng-CC. No objections, Court received Ex. Zheng-CC. Defense offered Ex. Zheng-CC-T. No objections, Court received Ex. Zheng-CC-T. DX ended at 3:17 p.m. AUSA, Tim Moran began CX at 3:18 p.m. and ended at 3:22 p.m.

Defense Attorney call witness Guo Zheng Hong at 3:23 p.m.

**GUO, ZHENG HONG** (daughter) - DX by Attorney Long. Ex. J. Defense offered Ex. J. No objections, Court received Ex. J. DX ended at 3:31 p.m. AUSA, Tim Moran began CX at 3:32 p.m. and ended at 3:48 p.m. RDX by Attorney Long began at 3:49 p.m. Defense offered Ex. Zheng-H, Zheng-I, Zheng-K, Zheng-L, Zheng-M, Zheng-N, Zheng-O, Zheng-P, and Zheng-Q. No objections, Court received Ex. Zheng H, I, K, L, M, N, O, P, Q. Witness was excused at 3:52 p.m.

Defense counsels Attorney Long and Attorney Pixley both rests at 3:53 p.m.

Government called Barry, James (FBI Special Agent) at 3:54 p.m.

**BARRY, JAMES**- DX. Witness was excused at 3:55 p.m.

Government offered Ex. 26. No objections. Court received Ex. 26.

Government rests at 3:56 p.m

Court admonished and excused the jurors for a break at 4:00 p.m.

Outside the presence of the jury, Attorney Long renewed his client's motion for judgement of acquittal. After all arguments, the Court Denied the motions. Attorney Long argued that an additional jury instruction regarding applied immunity needed to be added. After all arguments, the Court Denied the motion.

Court instructed Clerk to provide copies of jury instructions to the jury. Court began jury instructions at 4:12 p.m. and ended at 4:55 p.m. Court instructed Clerk to provide copies of verdict form to jury. Court reviewed verdict form with the jury.

Court admonished and excused the jurors for the day at 4:55 p.m. and ordered the jurors to return tomorrow Thursday, August 24, 2006 at 8:00 a.m. Tim Moran will make corrections to the jury instructions and will provide copies for the jury. Court so ordered.

                Adjourned 5:00 p.m.

                /s/ Michelle C. Macaranas,   Court Deputy