F I L E D
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

8/24/06

To: Judge Munson
From: Foreperson

The Jury has reached a unanimous decision on Case No. 05-0027.

*[signature]*

Received
8-24-06
4:07 pm
*[signature]* AR Munson