F I L E D
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHENG, MING YAN,<br>　　　　a/k/a "LI-NA," and<br>LIU, CHANG DA,<br><br>　　　　　Defendants | Criminal Case No. 05-00027<br><br>VERDICT FORM |

We, the jury, render the following unanimous verdict as to Counts One through Five of Second Superseding Indictment:

**Count 1**: Conspiracy to Commit Sex Trafficking, Foreign Transportation For Purposes of Prostitution, or Foreign Transportation Of Persons In Execution Of A Scheme To Defraud, from in or about August, 2004, through in or about August, 2005:

　　　　As to ZHENG, MING YAN:　Not Guilty _____　Guilty __X__

　　　　As to LIU, CHANG DA:　　Not Guilty _____　Guilty __X__

-1-

**Count 2**: Sex Trafficking of Lian, Wei:

    As to ZHENG, MING YAN:  Not Guilty _____    Guilty \_\_X\_\_\_

    As to LIU, CHANG DA:    Not Guilty _____    Guilty \_\_X\_\_\_

**Count 3**: Sex Trafficking of Chi, Xiumei:

    As to ZHENG, MING YAN:  Not Guilty _____    Guilty \_\_X\_\_\_

    As to LIU, CHANG DA:    Not Guilty _____    Guilty \_\_X\_\_\_

**Count 4**: Foreign Transportation For Purposes of Prostitution, on or about October 3, 2004:

    As to ZHENG, MING YAN:  Not Guilty _____    Guilty \_\_X\_\_\_

    As to LIU, CHANG DA:    Not Guilty _____    Guilty \_\_X\_\_\_

**Count 5:** Foreign Transportation Of Persons In Execution Of A Scheme To Defraud, on or about October 3, 2004:

    As to ZHENG, MING YAN:   Not Guilty _____   Guilty __X__

    As to LIU, CHANG DA:     Not Guilty _____   Guilty __X__

Dated: 8/24/06

_____
Jury Foreperson

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____
Jury Foreperson

Dated: 8/24/06
Saipan, CNMI