FILED
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-00027-001 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| ZHENG, MING YAN, et., al., | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for an investigation and report. The presentence investigation report is due on **October 24, 2006**. Sentencing is scheduled for **Tuesday, November 28, 2006** commencing at the hour of nine o'clock a.m.

DATED this 24th day of August, 2006.

_____
ALEX R. MUNSON, Chief Judge