# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027

August 24, 2006
9:00 a.m.

### UNITED STATES OF AMERICA -v- ZHENG, ET AL

PRESENT:  Hon. Alex R. Munson
Sanae Shmull, Court Reporter
Michelle C. Macaranas, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
G. Anthony Long, Attorney for Defendant Ming Yan Zhen
Steve Pixley, Attorney for Defendant Chang Da Liu
Ming Yan Zheng, Defendant
Chang Da Liu, Defendant

PROCEEDINGS:  JURY TRIAL - Day Eight, Jury Deliberations Day One and VERDICT

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Ming Yan Zhen. Attorney Steven Pixley was present on behalf and with defendant Chang Da Liu. Also present was James Barry, a Special Agent for the Federal Bureau of Investigations.

Outside the presence of the jury, the Court took up matters with counsels. Court instructed that jury instruction no.32 be replaced and that the Court will not read jury instructions again with the jury. Court denied the motions regarding rebuttal. Attorney Pixley argued his motion regarding his representation as court-appointed to his client. Court stated that this matter is not an issue to this case.

All 12 regular jurors and 2 alternate jurors were present in the courtroom at 9:03 a.m.

AUSA, Tim Moran began closing arguments at 9:05 a.m. and ended at 10:05 a.m.

Court admonished and excused the jury for a break at 10:05 a.m. and resumed at 10:28 a.m.

Defense Attorney Long began closing arguments at 10:28 a.m. and ended at 10:50 a.m.

Defense Attorney Pixley began closing arguments at 10:51 a.m. and ended at 11:25 a.m.

AUSA, Tim Moran began rebuttal arguments at 11:25 a.m. and ended at 11:50 a.m.

CR-05-00027 USA vs. Zheng, et., al.
Jury Trial Minutes - Day Eight, Deliberation Day 1 and VERDICT
Page 2

    Court thanked and excused juror alternates Rogolofoi, Glenda and Aldan, Raymond.

    Clerk administered oath to bailiffs at 11:55 a.m. Jury retired to the custody of bailiffs to begin jury deliberations at 11:55 a.m.

    Court took up matters with counsels regarding contacting them whenever the Court receives a note from the jury. Counsels agree to the Court's judgment when counsels will be contacted to report to court to resolve the issue on a jury note. Court informed counsels that the jury will be released for the day at 4:30 p.m. daily. Court recessed at 12:00 p.m.

    Jurors were escorted for lunch at 12:05 p.m. and resumed deliberations at 1:15 p.m. Court provided all received exhibits, 2nd Superseding Indictment, Jury Instructions and Verdict Form to the jury.

    At 4:07 p.m. jurors sent out a note that they had reached a verdict. All counsels and parties were called to return to the Courtroom. At 4:35 p.m. all parties were present and the jurors were brought into the Courtroom. Also present was U.S. Probation Officer, Margarita Wonenberg.

    The verdict was read and recorded as follows: "United States District Court for the Northern Mariana Islands; Criminal Case No. 05-00027; United States of America -vs- Zheng, Ming Yan aka Li-Na and Liu, Chang Da, Defendants. Verdict Form. We, the jury, render the following unanimous verdict as to Counts One through Five of Second Superseding Indictment: *Count 1:* Conspiracy to Commit Sex Trafficking, Foreign Transportation for Purposes of Prostitution, or Foreign Transportation of Persons in Execution of a Scheme to Defraud, from in or about August, 2004, through in or about August, 2005: As to Zheng, Ming Yan: GUILTY. As to Liu, Chang Da: GUILTY. *Count 2:* Sex Trafficking of Lian, Wei: As to Zheng, Ming Yan: GUILTY. As to Liu, Chang Da: GUILTY. *Count 3:* Sex Trafficking of Chi, Xiumei: As to Zheng, Ming Yan: GUILTY. As to Liu, Chang Da: GUILTY. *Count 4:* Foreign Transportation for Purposes of Prostitution, on or about October 3, 2004: As to Zheng, Ming Yan: GUILTY. As to Liu, Chang Da: GUILTY. *Count 5:* Foreign Transportation of Persons in Execution of a Scheme to Defraud, on or about October 3, 2004: As to Zheng, Ming Yan: GUILTY. As to Liu, Chang Da: GUILTY. Signed by jury foreperson and dated August 25, 2006. CERTIFICATION: I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause. Signed by Jury Foreperson. Dated August 25, 2006 Saipan, CNMI."

    Jurors were polled and the verdict was unanimous. Jurors were excused to the deliberation room for a moment. AUSA, Tim Moran took up matters with the Court and counsels regarding forfeiture allegations. Court, after all arguments granted government's motion on forfeiture allegations.

CR-05-00027 USA vs. Zheng, et., al.
Jury Trial Minutes - Day Eight, Deliberation Day 1 and VERDICT
Page 3

Jurors were thanked and excused at 4:50 p.m.

Court ordered that the verdict be filed.

Court advised both defendants that they have been found GUILTY on all counts and set sentencing date for **Tuesday, November 28, 2006 at 9:00 a.m.** and ordered that the presentence report be due on Tuesday, October 24, 2006.

Government moved to remand defendant Zheng, Ming Yan back into the custody of the United States Marshal.  Attorney Long argued to have his client remain at liberty as previously set by the Court.  Court remanded both defendants back into the custody of the United States Marshal.

Adjourned 4:55 p.m.

/s/ Michelle C. Macaranas,  Court Deputy