AO 187

# EXHIBIT AND WITNESS LIST

|  |  |  |  |
|---|---|---|---|
|  |  | **District Court**: Northern Mariana Islands |  |
| **Government's Attorney**<br>AUSA, TIMOTHY E. MORAN | **Defendant's Attorneys**<br>STEVEN PIXLEY, ESQ. (Chang Da Liu)<br>G. ANTHONY LONG, ESQ. (Ming Yan Zhen) | **Docket Number:** CR-05-00027 USA v. ZHENG, et.,al<br>**Trial Date(s):** August 14, 2006 - August 24, 2006 |  |
| **Presiding Judge**<br>ALEX R. MUNSON, CHIEF JUDGE | **Court Reporter**<br>SANAE SHMULL | **Courtroom Deputy**<br>MICHELLE C. MACARANAS |  |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/15/06 |  |  | GOVERNMENT OPENING ARGUMENTS (9:30 a.m. - 9:45 a.m.) |
|  |  | 8/15/06 |  |  | ATTORNEY PIXLEY'S OPENING ARGUMENTS (9:46 a.m. - 9:51 a.m.) |
|  |  | 8/15/06 |  |  | ATTORNEY LONG'S OPENING ARGUMENTS (9:52 a.m. - 10:00 a.m.) |
| W1 |  | 8/15/06 |  |  | **LIAN, WEI - DX** |
| 1 |  | 8/15/06 | 8/15/06 | 8/15/06 | Flier - Chinese version (1 pp) |
| 1T |  | 8/15/06 | 8/15/06 | 8/15/06 | English Translation of Ex. 1 - (1 pp) |
|  |  | 8/15/06 | 8/15/06 | 8/15/06 | Lower portion un-redacted translation of exhibit 1 |
| 2 |  | 8/15/06 | 8/15/06 | 8/15/06 | Recruiting Contract - Chinese version (3 pp) |
| 2T |  | 8/15/06 | 8/15/06 | 8/15/06 | English Translation (4 pp) |
| 3 |  | 8/15/06 | 8/15/06 | 8/15/06 | Waitress Employment Contract without Chi, Xiumei signature (1 pp) |
| 3T |  | 8/15/06 | 8/15/06 | 8/15/06 | Translation (1 pp) |
| 4 |  | 8/15/06 | 8/15/06 | 8/15/06 | Lian Wei Employment Contract (3 pp) |
| 5 |  | 8/15/06 | 8/15/06 | 8/15/06 | Lian Wei Nonresident Worker's Affidavit (1 pp) |
| 6 |  | 8/15/06 | 8/15/06 | 8/15/06 | Lian Wei Authorization to Board (1 pp) |
| W1 |  | 8/15/06 |  |  | LIAN, WEI - CX by Steven Pixley, Esq. |
| W1 |  | 8/16/06 |  |  | LIAN, WEI - CX by Steven Pixley, Esq. |
|  | LIU-A | - | 8/16/06 | - | Page 16 of English version of Grand Jury testimony of Lian, Wei (1 pp) |
| W1 |  | 8/16/06 |  |  | LIAN, WEI - CX by G. Anthony Long, Esq. |
|  | ZHENG-C | 8/16/06 | 8/16/06 | 8/16/06 | I-765, Application for Employment Authorization of Lian, Wei (1 pp) |
|  | ZHENG-U | 8/16/06 | 8/16/06 | 8/16/06 | Photo of the residence of Wei, Qui Xiang, Lian, Chi Wei and Chi Xiumei (1 photo) |
|  | ZHENG-S | 8/16/06 | 8/16/06 | 8/16/06 | Photo of the residence - Carlos Ville (1 photo) |
| W1 |  | 8/16/06 |  |  | LIAN, WEI - RDX (Witness was excused at 11:35 a.m.) |
| W2 |  | 8/16/06 |  |  | **CHI, XIUMEI - DX** |
| 3A |  | 8/16/06 | 8/16/06 | 8/16/06 | Waitress Employment Contract with Chi, Xiumei signature |
| 7 |  | 8/16/06 | 8/16/06 | 8/16/06 | Chi, Xiumei Employment Contract (3 pp) |
| 8 |  | 8/16/06 | 8/16/06 | 8/16/06 | Chi, Xiumei Nonresident Worker's Affidavit (1 pp) |
| 9 |  | 8/16/06 | 8/16/06 | 8/16/06 | Chi, Xiumei Authorization to Board (1 pp) |
| W2 |  | 8/16/06 |  |  | CHI, XIUMEI - CX by Steven Pixley, Esq. |
| W2 |  | 8/17/06 |  |  | CHI, XIUMEI - CX by Steven Pixley, Esq. |
| W2 |  | 8/17/06 |  |  | CHI, XIUMEI - CX by G. Anthony Long, Esq. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

PAGE 1

# EXHIBIT AND WITNESS LIST

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | **District Court:** Northern Mariana Islands |
| **Government's Attorney** AUSA, TIMOTHY E. MORAN |  | **Defendant's Attorneys** STEVEN PIXLEY, ESQ. (Chang Da Liu) G. ANTHONY LONG, ESQ. (Ming Yan Zhen) |  |  | **Docket Number:** CR-05-00027 USA v. ZHENG, et.,al  **Trial Date(s):** August 14, 2006 - August 24, 2006 |
| **Presiding Judge** ALEX R. MUNSON, CHIEF JUDGE |  | **Court Reporter** SANAE SHMULL |  |  | **Courtroom Deputy** MICHELLE C. MACARANAS |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ZHENG-D | 8/17/06 | 8/17/06 | 8/17/06 | I-765, Application for Employment Authorization of Chi, Xiumei (1 pp) |
|  | ZHENG-Y | 8/17/06 | 8/17/06 | 8/17/06 | Photo of MSV Building II in Garapan (1 photo) |
| W3 |  | 8/18/06 |  |  | **PANGELINAN, ALFRED (CNMI, Department of Labor)** - DX |
| 14 |  | 8/18/06 | 8/18/06 | 8/18/06 | 5/26/04 letter from Zheng to Governor (1 pp) |
| 15 |  | 8/18/06 | 8/18/06 | 8/18/06 | 6/3/04 letter from Zheng to Governor (1 pp) |
| 16 |  | 8/18/06 | 8/18/06 | 8/18/06 | 6/3/04 letter from Alfred Pangelinan to Governor (1 pp) |
| 17 |  | 8/18/06 | 8/18/06 | 8/18/06 | 6/7/04 letter from Alfred Pangelinan to Governor (1 pp) |
| 18 |  | 8/18/06 | 8/18/06 | 8/18/06 | 6/18/04 letter from Governor to Zheng (1 pp) |
| 19 |  | 8/18/06 | 8/18/06 | 8/18/06 | 6/24/04 letter from Zheng to Governor (1 pp) |
| 20 |  | 8/18/06 | 8/18/06 | 8/18/06 | 7/15/04 letter from Governor to Zheng (1 pp) |
| 21 |  | 8/18/06 | 8/18/06 | 8/18/06 | letter from Zheng to Governor (faxed 11/2/04) (1 pp) |
| W4 |  | 8/18/06 |  |  | **TORRES, TOMMY (CNMI Office of the Governor)** - DX |
| W5 |  | 8/18/06 |  |  | **WANG, LAN JUN** - DX |
| 10 |  | 8/18/06 | 8/18/06 | 8/18/06 | Ledger Excerpts, 10/03 - 06/04 (2 pp handwritten) |
| 10T |  | 8/18/06 | 8/18/06 | 8/18/06 | Translation of ledger (3 pp) |
| 11 |  | 8/18/06 | 8/18/06 | 8/18/06 | Ledger Excerpts, 10/30/04 (1 pp) |
| 11T |  | 8/18/06 | 8/18/06 | 8/18/06 | Translation of ledger (1 pp) |
| 12 |  | 8/18/06 | 8/18/06 | 8/18/06 | Ledger Excerpts, 11/20 (1 pp) |
| 12T |  | 8/18/06 | 8/18/06 | 8/18/06 | Translation of ledger (2 pp) |
| W5 |  | 8/18/06 |  |  | **WANG, LAN JUN** - CX by Attorney Pixley |
| W5 |  | 8/21/06 |  |  | **WANG, LAN JUN** - CX by Attorney Pixley |
|  | LIU-B | 8/21/06 | 8/21/06 | 8/21/06 | Employment Contract of Wang, Lan Jun (3 pp) |
|  | LIU-C | 8/21/06 | 8/21/06 | 8/21/06 | Nonresident Workers Affidavit of Wang, Lanjun (2 pp) |
|  | LIU-D | 8/21/06 | 8/21/06 | 8/21/06 | Notarial Certificate (2004) Da Zheng ZI No. 13072 & No. 13071 - Chinese and English (6 pp) |
| W5 |  | 8/21/06 |  |  | **WANG, LAN JUN -** CX by Attorney Long |
|  | ZHENG-T | 8/21/06 | 8/21/06 | 8/21/06 | Photo of residence in China Town (1 photo) |
|  | ZHENG-Z | 8/21/06 | 8/21/06 | - | Employment Contract of Wang, Bin (3 pp) |
|  | ZHENG-AA | 8/21/06 | 8/21/06 | - | Nonresident Workers Affidavit of Bin Wang (2 pp) |
|  | ZHENG-BB | 8/21/06 | 8/21/06 | - | Remittance record No. 0012496 (1 pp) |
|  | ZHENG-CC | - | 8/21/06 | - | Remittance record No. 0012454 (1 pp) |
| W5 |  | 8/21/06 |  |  | **WANG, LAN JUN** - RDX |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST

|  |  |  |  | **District Court**: Northern Mariana Islands |
|---|---|---|---|---|
| **Government's Attorney**<br>AUSA, TIMOTHY E. MORAN | **Defendant's Attorneys**<br>STEVEN PIXLEY, ESQ. (Chang Da Liu)<br>G. ANTHONY LONG, ESQ. (Ming Yan Zhen) | | | **Docket Number:** CR-05-00027 USA v. ZHENG, et.,al<br>**Trial Date(s):** August 14, 2006 - August 24, 2006 |
| **Presiding Judge**<br>ALEX R. MUNSON, CHIEF JUDGE | **Court Reporter**<br>SANAE SHMULL | | | **Courtroom Deputy**<br>MICHELLE C. MACARANAS |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W5 |  | 8/21/06 |  |  | **WANG, LAN JUN** - RCX by Attorney Long (Witness excused at 4:25 p.m.) |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - DX |
| 22 |  | 8/22/06 | 8/22/06 | 8/22/06 | 6/24/05 telephone call excerpt (2 pp) |
| W6 |  | 8/22/06 |  |  | **Court accepted WANG, THERESA as expert witness** |
| 23 |  | 8/22/06 | 8/22/06 | 8/22/06 | 6/24/05 meeting excerpts (9 pp) |
| W6 |  | 8/22/06 |  |  | Wang, Theresa - Voir Dire by Attorney Long re Ex. 23. |
|  | ZHENG-DD | 8/22/06 | 8/22/06 | 8/22/06 | Entire transcript of Ex. 23. |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - DX |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - CX by Attorney Pixley |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - CX by Attorney Long |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - RDX |
| W6 |  | 8/22/06 |  |  | **WANG, THERESA** - RCX |
| W7 |  | 8/22/06 |  |  | **BARRY, JAMES** (FBI Agent) - DX |
| W7 |  | 8/22/06 |  |  | **BARRY, JAMES** - CX by Attorney Pixley |
| W7 |  | 8/22/06 |  |  | **BARRY, JAMES** - CX by Attorney Long |
|  | ZHENG-N | - | 8/22/06 | - | Business License for Greate Corp.- 369 Restaurant expiration date of 7/22/05 (1 pp) |
|  | ZHENG-O | - | 8/22/06 | - | Business License for Greate Corp.- Live Fish Restaurant expiration date of 7/22/05 (1 pp) |
|  | ZHENG-P | - | 8/22/06 | - | Business License for Greate Corp.- Tea House Club expiration date of 7/22/2004 (1 pp) |
|  | ZHENG-Q | - | 8/22/06 | - | Business License for Greate Corp.- Viva Muscle Massage expiration date of 7/22/05 (1 pp) |
| W7 |  | 8/22/06 |  |  | **BARRY, JAMES** - RDX |
| W7 |  | 8/22/06 |  |  | **BARRY, JAMES** - RCX |
|  |  | 8/22/06 |  |  | **GOVERNMENT RESTS AT 2:07 P.M.** |
|  |  | 8/22/06 |  |  | ATTORNEY LONG MOVED FOR JUDGEMENT OF ACQUITTAL |
|  |  | 8/22/06 |  |  | ATTORNEY PIXLEY ADOPTED AND MOVED FOR JUDGEMENT OF ACQUITTAL |
|  | W1 | 8/22/06 |  |  | **WANG, BIN** - DX by Attorney Long |
|  | ZHENG-Z | 8/22/06 | 8/22/06 | 8/22/06 | Employment Contract of Wang, Bin (3 pp) |
|  | ZHENG-AA | 8/22/06 | 8/22/06 | - | Nonresident Workers Affidavit of Bin Wang (2 pp) |
|  | ZHENG-EE | 8/22/06 | 8/22/06 | 8/22/06 | Notarial Certificate 2004 Da Zheng Ze No. 11322 & 11323 (6 pp) |
|  | ZHENG-BB | 8/22/06 | 8/22/06 | 8/22/06 | Remittance record No. 0012496 (1 pp) |
|  | ZHENG-FF | 8/22/06 | 8/22/06 | 8/22/06 | Xiong Wai Company, Inc. Receipt No. 0012496 issued to Wang, Bin (1 pp) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST

|  |  |  |  |  | **District Court**: Northern Mariana Islands |
|---|---|---|---|---|---|
| **Government's Attorney** AUSA, TIMOTHY E. MORAN | | **Defendant's Attorneys** STEVEN PIXLEY, ESQ. (Chang Da Liu) G. ANTHONY LONG, ESQ. (Ming Yan Zhen) | | | **Docket Number:** CR-05-00027 USA v. ZHENG, et.,al  **Trial Date(s):** August 14, 2006 - August 24, 2006 |
| **Presiding Judge** ALEX R. MUNSON, CHIEF JUDGE | | **Court Reporter** SANAE SHMULL | | | **Courtroom Deputy** MICHELLE C. MACARANAS |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 8/22/06 |  |  | **WANG, BIN** - CX |
|  | W1 | 8/23/06 |  |  | **WANG, BIN** - CX |
| 25 |  | 8/23/06 | 8/23/06 | 8/23/06 | Receipt 0252 (1 PP) |
| 25T |  | 8/23/06 | 8/23/06 | 8/23/06 | Receipt 0252 English translation (1 PP) |
| 13 |  | 8/23/06 | 8/23/06 | 8/23/06 | May 2005 Ledger (11 pp) |
|  |  | 8/23/06 |  |  | Attorney Long Voir Dire witness re Ex. 13 |
| 13T |  | 8/23/06 | 8/23/06 | 8/23/06 | Translation of Ex. 13 (11 pp) |
|  | ZHENG-W1 | 8/23/06 |  |  | **WANG, BIN** - CX by Attorney Pixley |
|  | ZHENG-W1 | 8/23/06 |  |  | **WANG, BIN** - RDX by Attorney Long |
|  | ZHENG-W1 | 8/23/06 |  |  | **WANG, BIN** - RCX by AUSA, Tim Moran |
|  | LIU-W1 | 8/23/06 |  |  | **LIAN WEI -** DX by Attorney Pixley |
|  | ZHENG-CC | 8/23/06 | 8/23/06 | 8/23/06 | Xiong Wai Company Inc. No. 0012454 (1 pp) |
|  | ZHENG-CC-T | 8/23/06 | 8/23/06 | 8/23/06 | Xiong Wai Company Inc. No. 0012454 translation (1 pp) |
|  | LIU-W1 | 8/23/06 |  |  | **LIAN, WEI** - CX by AUSA, Tim Moran |
|  | ZHENG-W2 |  |  |  | **GUO, ZHENG HONG -** DX by Attorney Long |
|  | ZHENG-J | 8/23/06 | 8/23/06 | 8/23/06 | Annual Corporation Report filed on 5/9/2003 at 2:58pm (1 pp) |
|  | ZHENG--W2 | 8/23/06 |  |  | **GUO, ZHENG HONG** - CX by AUSA, Tim Moran |
|  | ZHENG-H | 8/23/06 | 8/23/06 | 8/23/06 | Articles of Incorporation of Greate Corporation dated 7/12/02 (7 pp) |
|  | ZHENG-I | 8/23/06 | 8/23/06 | 8/23/06 | By Laws of Greate Corporation dated 7/12/02 (7 pp) |
|  | ZHENG-K | 8/23/06 | 8/23/06 | 8/23/06 | Annual Corporation Report of Greate Corporation dated 5/4/05 (1 pp) |
|  | ZHENG-L | 8/23/06 | 8/23/06 | 8/23/06 | Annual Corporation Report of Greate Corporation dated 8/9/05 (1 pp) |
|  | ZHENG-M | 8/23/06 | 8/23/06 | 8/23/06 | Minutes of Special Meeting of the Board of Directors dated 7/25/05 (7 pp) |
|  | ZHENG-N | 8/23/06 | 8/23/06 | 8/23/06 | Business License for Greate Corporation expiration date of 7/22/05 (1 pp) |
|  | ZHENG-O | 8/23/06 | 8/23/06 | 8/23/06 | Business License for Live Fish Restaurant expiration date of 7/22/05 (1 pp) |
|  | ZHENG-P | 8/23/06 | 8/23/06 | 8/23/06 | Business License for Greate Corp. Tea House expiration date of 7/22/04 (1 pp) |
|  | ZHENG-Q | 8/23/06 | 8/23/06 | 8/23/06 | Business License for Greate Corp. Viva Muscle Massage exp. Date of 7/22/05 (1 pp) |
| 26 |  | 8/23/06 | 8/23/06 | 8/23/06 | Minutes of Annual Meeting of Greate Corporation dated 3/18/04 (2 pp) |
|  |  | 8/23/06 |  |  | **DEFENSE COUNSEL LONG RESTS** |
|  |  | 8/23/06 |  |  | **DEFENSE COUNSEL PIXLEY RESTS** |
|  |  | 8/23/06 |  |  | **JURY INSTRUCTIONS  (4:12 pm -4:50 p.m.)** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST

|  |  |  |  |  | **District Court**: Northern Mariana Islands |
|---|---|---|---|---|---|
| **Government's Attorney** <br> AUSA, TIMOTHY E. MORAN | | | **Defendant's Attorneys** <br> STEVEN PIXLEY, ESQ. (Chang Da Liu) <br> G. ANTHONY LONG, ESQ. (Ming Yan Zhen) | | **Docket Number**: CR-05-00027 USA v. ZHENG, et.,al <br> **Trial Date(s):** August 14, 2006 - August 24, 2006 |
| **Presiding Judge** <br> ALEX R. MUNSON, CHIEF JUDGE | | | **Court Reporter** <br> SANAE SHMULL | | **Courtroom Deputy** <br> MICHELLE C. MACARANAS |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/24/06 | | | **AUSA, TIM MORAN - CLOSING ARGUMENTS (9:05 A.M. - 10:05 a.m.)** |
| | | 8/24/06 | | | **DEFENSE ATTORNEY LONG - CLOSING ARGUMENTS (10:28 a.m. - 10:50 a.m.)** |
| | | 8/24/06 | | | **DEFENSE ATTORNEY PIXLEY - CLOSING ARGUMENTS (10:51 a.m. - 11:25 a.m.)** |
| | | 8/24/06 | | | **AUSA, TIM MORAN - FINAL REBUTTAL ARGUMENTS (11:25 a.m. - 11:50 a.m.)** |
| | | 8/24/06 | | | Clerk administered Oath to Bailiffs |
| | | 8/24/06 | | | Jury retires to the Bailiffs for jury deliberations |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.