Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

AUG 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | RE: POST TRIAL MOTIONS |
| ZHENG MING YAN and LIU, CHANG ) | |
| DA ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

WHEREAS, post trial motions are due seven (7) days after entry of the jury verdict except as otherwise ordered during the seven (7) day period;

WHEREAS, the seven (7) day period excludes weekends and holidays;

WHEREAS, the due date for post trial motions in this case is currently September 5 *arm*, 2006.

NOW THEREFORE, the parties hereto stipulate and agree as follows:

Page 1 of 2

1.  The due date for post trial motions, if any, shall be continued from September 5, 2006 *ARM* until September 20, 2006

| Law Office of G. Anthony Long | UNITED STATES ATTORNEY FOR GUAM AND THE N.M.I. |
|---|---|
| By _G. Anthony Long_ <br> G. Anthony Long <br> Attorney for Defendant Zheng | By: _____ <br> Timothy E. Moran <br> Assistant United States Attorney |

_____
Steven P. Pixley
Attorney for Defendant Liu

So **ORDERED** this 30TH day of August, 2006.

_____
Alex R. Munson
Judge, District Court

RECEIVED

AUG 3 0 2006

Clerk
District Court
The Northern Mariana Islands