F I L E D
Clerk
District Court

SEP 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MING YAN ZHENG,<br><br>Defendant. | Case No. CR-05-00027-1<br><br>**NOTICE OF ORDER<br>REGARDING FORFEITURE** |

**THIS MATTER** came before the court on August 24, 2006, on the Government's oral motion to grant the bank superior interest in Ming Yan Zheng's Certificate of Deposit account ("CD account") and two automobiles.

The parties agreed that the bank held prior security interest in the CD account and the two automobiles and waived any interest they may have in favor of the bank's superior interest in the CD account and the two automobiles.

**ACCORDINGLY, THE COURT GRANTED** the Government's motion and ordered that the U.S. Marshals Service act in accordance with the court's order.

**IT IS SO ORDERED.**

**DATED** this  13 TH  day of September, 2006.

_____
ALEX R. MUNSON
Judge