Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00027 |
| ) | |
| Plaintiff ) | |
| ) | NOTICE OF MOTION AND MOTION FOR |
| v. ) | JUDGMENT OF ACQUITTAL OR |
| ) | ALTERNATIVELY FOR A NEW TRIAL |
| ZHENG MING YAN and LIU, CHANG ) | |
| DA ) | |
| ) | Date: Oct. 19, 2006 |
| Defendant ) | Time: 9:00 a.m. |
| _____ ) | |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

**NOTICE**

Please be advised that on October 19, 2006 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant Zheng Ming Yan's post trial motions for acquittal and new trial.

**MOTION**

Zheng Ming Yan's hereby moves for a judgment of acquittal or alternatively a new trial. This motion is based upon the memoranda of points and authorities filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: /s/_____
G. Anthony Long