| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | TIMOTHY E. MORAN<br>Assistant United States Attorneys |
| 3 | DISTRICT OF THE NORTHERN<br>MARIANA ISLANDS |
| 4 | Horiguchi Building, Third Floor<br>P.O. Box 500377 |
| 5 | Saipan, MP 96950<br>Telephone: (670) 236-2982 |
| 6 | Fax: (670) 236-2985 |
| 7 | Attorneys for United States of America |

F I L E D
Clerk
District Court

SEP 29 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00027 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION |
| ZHENG, MING YAN, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorney, of counsel, and Zheng, Ming Yan, the defendant, by and through her attorney, G. Anthony Long, that the government's opposition to the defendant's motions for acquittal and new trial shall be due on November 9, 2006. The motions shall be heard on **Wednesday,**

//

//

1 | **November 22, 2006 at 9:00 a.m.**

DATED: 9/27/2006

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

By: /s/
Timothy E. Moran
Assistant U.S. Attorney

DATED: 9-28-06

/s/
G. ANTHONY LONG
Attorney for Zheng, Ming Yan

SO ORDERED.

/s/ Alex R. Munson
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI