F I L E D
Clerk
District Court

NOV 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No.  (670) 235-4801
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| ZHENG MING YAN | ) |
| Defendant | ) |

Based on the schedule of defense counsel, the parties hereto stipulate and agree as follows:

1. The due date for the reply memorandum supporting the post trial motions shall be continued from November 16, 2006 to November 20, 2006.

Law Office of G. Anthony Long

By _____
G. Anthony Long
Attorney for Defendant

UNITED STATES ATTORNEY
FOR GUAM AND THE N.M.I.

By _____
Timothy E. Moran
Assistant United States Attorney

So **ORDERED** this __16TH__ day of November, 2006.

_____
Alex R. Munson
Judge, District Court

**RECEIVED**

NOV 1 6 2006

Clerk
District Court
The Northern Mariana Islands

Page 1 of 1