FILED
Clerk
District Court

NOV 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00027 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER CHANGING |
| v. | ) | HEARING TIME |
| | ) | |
| ZHENG, Ming Yan; LIU, Chang Da, | ) | |
| | ) | |
| Defendants | ) | |

IT IS ORDERED that the hearing on defendant Zheng's motion for acquittal is hereby re-set from 9:00 a.m. to 8:00 a.m. on Wednesday, November 22, 2006. DATED this 21st day of November, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)