F I L E D
Clerk
District Court

NOV 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ZHENG, Ming Yan; LIU, Chang Da, )<br>)<br>Defendants )<br>_____ ) | Criminal No. 05-00027<br><br>ORDER RE-SETTING<br>MOTION HEARING DATE<br>AND SENTENCING DATE |

BASED UPON today's stipulation of counsel requesting the court to re-schedule tomorrow's motion hearing and also the current sentencing date, and the court finding good cause therefrom, NOW, THEREFORE,

IT IS ORDERED that the hearing on defendant Zheng's motion for acquittal or, in the alternative, a new trial, is hereby re-scheduled from 8:00 a.m. on Wednesday, November 22, 2006, to 10:00 a.m. on Wednesday, November 29, 2006;

AO 72
(Rev. 08/82)

and,

IT IS FURTHER ORDERED that the sentencing date is re-scheduled from November 28, 2006, to December 5, 2006, at 8:30 a.m.

DATED this 21st day of November, 2006.

_____
ALEX R. MUNSON
Judge