FILED
Clerk
District Court

NOV 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MING YAN ZHENG,

Defendant.

Case No. CR-05-00027-1

**ORDER REGARDING
DEFENDANT'S REPLY BRIEF**

   **THIS MATTER** came before the court on November 20, 2006, in defendant's Reply Memorandum Supporting Post Trial Motions, No. 141 (Nov. 20, 2006). In her reply brief, defendant alleges that she first learned of a non-prosecution agreement after she filed her post trial motions on September 20, 2006.

   Entertaining an issue that is first raised in a reply brief prevents the opposing party from being fully heard on the issue. Accordingly, the court will not entertain this issue. However, defendant may file a separate motion on this issue.

   **IT IS SO ORDERED.**

   **DATED** this ___28th___ day of November, 2006.

_____
ALEX R. MUNSON
Judge