FILED
Clerk
District Court

NOV 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MING YAN ZHENG,<br><br>Defendant. | Case No. CR-05-00027-1<br><br>**ORDER RESCHEDULING HEARING** |

The hearing for defendant's motions for a judgment of acquittal and for a new trial that is currently scheduled for November 29, 2006, at 10:00 a.m., is hereby rescheduled for 8:00 a.m. on the same day.

**IT IS SO ORDERED.**

**DATED** this 28th day of November, 2006.

_____
ALEX R. MUNSON
Judge