# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-05-00027-001                                                          November 29, 2006
                                                                          8:00 a.m.

### UNITED STATES OF AMERICA -vs- ZHENG, MING YAN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           MICHELLE C. MACARANAS, DEPUTY CLERK
           FAYE CROZAT, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           ZHENG, MING YAN, DEFENDANT

PROCEEDINGS:   MOTION FOR JUDGMENT OF ACQUITTAL OR ALTERNATIVELY
               FOR A NEW TRIAL

   Defendant **Zheng Ming Yan** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA.  Also present were U.S. Probation Officer Margarita Wonenberg.

   Attorney Long argued his motion.  Government gave their response.  After hearing all arguments, the Court took the matter under advisement and that a written order will be forthcoming.

   Defendant was remanded back into the custody of the U.S. Marshal.

                              Adj. 8:30 a.m.

                              /s/ Michelle C. Macaranas, Courtroom Deputy