FILED
Clerk
District Court

NOV 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants. | Criminal Action No. 05-00027<br><br>Order Rescheduling Sentencing Time |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

IT IS HEREBY ORDERED that the Sentencing in the above case set Tuesday, December 5, 2006, at 8:30 a.m., is rescheduled to 4:30 p.m., on the same date.

Dated this 29th day of November, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)