UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

DEC - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG, MING YAN and LIU, CHANG DA,<br><br>Defendants. | Criminal Action No. 05-00027<br><br>Order Rescheduling Sentencing |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

Based on Defendant Zheng's request, the Sentencing for Zheng, Ming Yan is continued to Friday, December 8, 2006, at 9:00 a.m. The Sentencing for Defendant Liu Chang Da, remains as scheduled on Tuesday, December 5, 2006, at 4:30 p.m.

IT IS SO ORDERED.

Dated this 4th day of December, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)