FILED
Clerk
District Court

DEC - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>ZHENG, Ming Yan, also known as  )<br>"Li-Na,"  )<br>)<br>Defendant  )<br>_____ ) | Criminal No. 05-00027<br><br>ORDER GRANTING MOTION<br>TO ALLOW VICTIMS TO<br>APPEAR AND BE HEARD<br>VIA VIDEO CONFERENCING |

IT IS ORDERED that plaintiff's motion that the victims be allowed to appear and be heard by video conference from the District Court of Guam is granted. Fed.R.Crim.P. 32(i)(4)(B).

DATED this 7th day of December, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)