FILED
Clerk
District Court

DEC -7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-05-00027-1 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | AMENDED ORDER |
| ) | REGARDING FORFEITURE |
| MING YAN ZHENG, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

    This matter first came before the court on August 24, 2006, on the parties' oral stipulation that "the bank" had a superior interest in Ming Yan Zheng's Certificate of Deposit account ("CD account") and two automobiles.

    On September 13, 2006, this court ordered that "the bank" held prior security interest in the CD account and the two automobiles and that Ming Yan Zheng waived any interest in the CD account and two automobiles.

AO 72
(Rev. 08/82)

This Amended Order clarifies and details the lien holders, the exact description of the CD account, and the description of the two automobiles.

The CD account amounts to a total of $16,818.79 with the following account numbers and denominations: (1) account number 17-239295 and 7017-875803 [$13,057.00]; (2) account number 12-015607 [$2,708.25]; and account number 12-023034 [$1,053.54]. The lien holder for the CD accounts is First Hawaiian Bank.

The two automobiles are identified as follows: (1) 2005 Toyota Sequoia, VIN 5TDBT44A75S238071, CNMI Tag No. ADM-351, with lien holder First Hawaiian Bank; and (2) 2003 Toyota 4-Runner, VIN JTEBU14R030002603, CNMI Tag No. ADF-732, with lien holder Bank of Hawaii. Accordingly,

IT IS ORDERED that the U.S. Marshal's Service act in accordance with the court's previous order and this amended order.

DATED this 7th day of December, 2006.

_____
Alex R. Munson
Chief Judge