# FAX TRANSMISSION
## U.S. DEPARTMENT OF JUSTICE
## U.S. ATTORNEY'S OFFICE

District of the Northern Mariana Islands
Horiguchi Bldg., 3rd Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax: (670) 236-2985



12/1/06

| | | | |
|---|---|---|---|
| **To:** | G. Anthony Long, Esq. | **Date:** | December 1, 2006 |
| **Fax #:** | 235-4801 | **Pages:** | 2 (including cover sheet) |
| **From:** | Timothy E. Moran, AUSA | | |
| **Subject:** | U.S. v. Zheng, Ming Yan, et al., CR 05-00027 | | |

COMMENTS: Letter attached.

If you do not receive the total number of pages indicated, please call the sending individual at (670) 236-2979.

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**U.S. Department of Justice**

*United States Attorney's Office*
*District of the Northern Mariana Islands*
*Assistant U.S. Attorney Timothy E. Moran*

---

P.O. Box 500377
Saipan, MP 96950

TEL (670) 236-2982
FAX (670) 236-2985

December 1, 2006

By Facsimile

G. Anthony Long, Esq.
P.O. Box 504970
Saipan, MP 96950

Re:   United States v. Zheng, Ming Yan and Liu, Chang Da,
      Criminal Case No. 05-00027

Dear Anthony:

At the hearing last Wednesday, you requested information about the matter of a parole request into Guam for Wang, Lan Jun and Wang, Bin. The government inquired during the investigation about admitting the Wangs into Guam under a significant public benefit parole. The government learned from United States Immigration that the Wangs were not eligible for such a parole because they were not victims of the sex trafficking charges that the government then contemplated bringing. The government informed the Wangs that they were not eligible for entry into Guam. As you know, the government did provide the Wangs with transportation back to China, housing and per diem benefits.

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
TIMOTHY E. MORAN
Assistant U.S. Attorney

cc:   Steven Pixley, Esq. (By facsimile)