Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| | ) |
| Plaintiff | ) OBJECTION TO ALLOCATION BY |
| | ) VIDEO CONFERENCING |
| v. | ) |
| | ) |
| ZHENG MING YAN and LIU, CHANG DA | ) |
| | ) |
| | ) Date: December 8, 2006 |
| Defendant | ) Time: 8:00 a.m. |
| _____ | ) |

Zheng acknowledges that persons deemed to be crime victims have the right to allocute at sentencing. 18 U.S.C.A. § 3771 (a)(4). The controlling case on this issue in this circuit is *Kenna v. U.S. District. Court for C.D.Cal.*, 435 F.3d 1011 (9th Cir. 2006). *Kenna* recognizes that a crime victim has the right to **personally appear** and make an oral statement at sentencing. 435 F.3d 1011 at 1016. See *United States v. Degenhardt*, 405 F.Supp.2d 1341, 1345 ((D. Utah 2005). While *Kenna* does not address the issue, it has been indicated that the court, in its discretion, can allow an alternative means of allocation upon a showing as to why the victim can not attend the court proceeding. *Degenhardt*, 405 F.Supp.2d at 1345. Zheng acknowledges that *Degenhardt's* , reasoning conforms with the legislative intent of § 3771 (a)(4).

In this case, there has not been any showing as to why Lian Wei or Chi Xiumei can not

attend the sentencing in person. Without such a showing, they should not be allowed to appear by video conferencing.

        Law Office of G. Anthony Long

By:/s/_____
        G. Anthony Long