Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| Plaintiff | ) |
| v. | ) OBJECTION TO AMENDED |
|  | ) FORFEITURE ORDER |
| ZHENG MING YAN and LIU, CHANG DA | ) |
| Defendant | ) |

Zheng objects to the amended forfeiture order to the extent it provides that she stipulated that the bank's interest in the property was superior to that of the federal government.

At the conclusion of the trial, the prosecution requested Zheng's stipulation that the property seized for forfeiture be released to the financial institution claiming an interest. Zheng waived her claim to the property agreed that the property be released to the bank. Zheng did not stipulate that the bank's interest was superior to that of the federal government. *See* Forfeiture Order dated September 16, 2006.

Law Office of G. Anthony Long

By:/s/_____
G. Anthony Long