Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Zheng, Ming Yan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-00027 |
| | ) |
| | ) ERRATA TO NOTICES OF MOTIONS |
| Plaintiff | ) FOR RECONSIDERATION AND |
| | ) SECOND NEW TRIAL MOTION |
| v. | ) |
| | ) |
| ZHENG MING YAN and LIU, CHANG DA | ) |
| | ) |
| | ) Date: January 4, 2007 |
| Defendant | ) Time: 9:00 a.m. |
| _____ | ) |

The notices of motion for the reconsideration motion and second new trial motion incorrectly noticed January 6, 2006 as the hearing date. The proper hearing date should be January 4, 2007.

Law Office of G. Anthony Long


By:_____
G. Anthony Long