IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. __05-00027__  JAN -3 2007

Short Case Title __USA v. ZHENG__                              For The Northern Mariana Islands

Date Notice of Appeal Filed by Clerk of District Court __12/18/2006__   By _____
                                                                          (Deputy Clerk)

**SECTION A** - To be completed by party ordering transcript:

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| 8/15/06 | | Opening Statements  Prosecution Only |
| 8/23/06 | | Settlement Instructions |
| 8/23/06 | | Closing Arguments |
| 8/23/06 | | Jury Instructions |
| | | Pretrial Proceedings  See Attached |
| | | Other (please specify)  See Attached |

(attach additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(xx)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __12/29/06__

Estimated date for completion of transcript __2/7/07__

Type or Print Name __G. Anthony Long__
Signature of Attorney _____   Phone Number __235-4805__
Address __P.O. Box 504970 Saipan, MP 96950__

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
    Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

All trial testimony, sidebar conferences, objections to evidence, rulings on objections, and oral motions made during trial and rulings on oral motions made during trial

May 26, 2006 hearing and proceeding

Aug. 14, 2006 hearing on motion to exclude evidence

Aug 15, 2006 hearing and proceeding on motion to exclude prosecution exhibits

Aug 18, 2006 motion hearing

December 8, 2006 motion hearing

December 8, 2006 sentencing hearing including the statements of Chi, Xiumei and Lian Wei.