ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **APPEALS DOCKET NO. 06-10760** |
| ) | CRIMINAL CASE NO. 05-00027-001 |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | August 14,15,16, 2006 |
| ) | |
| ZHENG, MING YAN and ) | REPORTER'S TRANSCRIPT OF JURY TRIAL |
| LIU, CHANG DA, ) | |
| ) | VOLUME I - Pages 1 - 324 |
| Defendants. ) | |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

FEB 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:   Timothy Moran & Craig Moore
                 Assistant United States Attorneys
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2986
                 Facsimile: (670) 236-2945
                          and
                 James Barry, Special Agent, FBI

For Defendant    G. Anthony Long
  Ms. Zheng, Ming Yan:   Attorney at Law
                 Saipan, MP 96950
                 Telephone: (670) 235-4802
                 Facsimile: (670) 235-4801