ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **APPEALS DOCKET NO. 06-10760** |
|  | ) | CRIMINAL CASE NO. 05-00027-001 |
| Plaintiff, | ) |  |
|  | ) | Garapan, Saipan |
| vs. | ) | August 17 & 18, 2006 |
|  | ) |  |
| ZHENG, MING YAN and | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| LIU, CHANG DA, | ) |  |
|  | ) | **VOLUME II – Pages 325 – 633** |
| Defendants. | ) |  |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**F I L E D**
Clerk
District Court

FEB 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:       Timothy Moran & Craig Moore
                     Assistant United States Attorneys
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2986
                     Facsimile: (670) 236-2945
                              and
                     James Barry, Special Agent, FBI

For Defendant        G. Anthony Long
  Mrs. Zheng, Ming Yan:  Attorney at Law
                     Saipan, MP 96950
                     Telephone: (670) 235-4802
                     Facsimile: (670) 235-4801