634

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | APPEALS DOCKET NO. 06-10760 |
| ) | CRIMINAL CASE NO. 05-00027-001 |
| Plaintiff,      ) | |
| ) | Garapan, Saipan |
| vs.      ) | August 21, 22, 2006 |
| ) | |
| ZHENG, MING YAN and      ) | REPORTER'S TRANSCRIPT OF JURY TRIAL |
| LIU, CHANG DA,      ) | |
| ) | VOLUME III - Pages 634 - 877 |
| Defendants.      ) | |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES**:

For Plaintiff:       Timothy Moran & Craig Moore
                     Assistant United States Attorneys
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2986
                     Facsimile: (670) 236-2945
                               and
                     James Barry, Special Agent, FBI

For Defendant        G. Anthony Long
  Mrs. Zheng, Ming Yan: Attorney at Law
                     Saipan, MP 96950
                     Telephone: (670) 235-4802
                     Facsimile: (670) 235-4801