ORIGINAL

878

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **APPEALS DOCKET NO. 06-10760** |
| | ) | CRIMINAL CASE NO. 05-00027-001 |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 22, 23, 24, 2006 |
| | ) | |
| ZHENG, MING YAN and | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| LIU, CHANG DA, | ) | |
| | ) | VOLUME IV - Pages 878 - 1112 |
| Defendants. | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

FEB 13 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:     Timothy Moran & Craig Moore
                   Assistant United States Attorneys
                   MARIANAS DISTRICT
                   Horiguchi Building, Third Floor
                   P. O. Box 500377
                   Saipan, MP 96950
                   Telephone: (670) 236-2986
                   Facsimile: (670) 236-2945
                            and
                   James Barry, Special Agent, FBI

For Defendant      G. Anthony Long
   Mrs. Zheng, Ming Yan:  Attorney at Law
                   Saipan, MP 96950
                   Telephone: (670) 235-4802
                   Facsimile: (670) 235-4801