ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>ZHENG MING YAN and LIU CHANG DA,<br><br><br>      Defendant. | ) **APPEALS DOCKET NO.06-10760**<br>) CRIMINAL CASE NO. 05-00027-001 & 002<br>)<br>) Garapan, Saipan<br>) Friday, May 26, 2006<br>)<br>) REPORTER'S TRANSCRIPT OF MOTION TO<br>) EXCLUDE EVIDENCE AND ARRAIGNMENT<br>) ON SUPERSEDING INDICTMENT<br>)<br>) |

FILED
Clerk
District Court

FEB 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:
    Timothy Moran
    Assistant United States Attorney
    MARIANAS DISTRICT
    Horiguchi Building, Third Floor
    P. O. Box 500377
    Saipan, MP 96950
    Telephone: (670) 236-2986
    Facsimile: (670) 236-2945

For Defendant
  Ms. ZHENG Ming Yan:
    G. Anthony Long, Esq.
    P. O. Box 504970
    Saipan, MP 96950
    Telephone: (670) 235-4802
    Facsimile: (670) 235-4801

For Defendant
  Mr. LIU Chang Da:
    Steven P. Pixley, Esq.
    P. O. Box 501280
    Saipan, MP 96950
    Telephone: (670) 233-2898
    Facsimile: (670) 233-4716