IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **APPEALS DOCKET NO.06-10760** |
| ) | CRIMINAL CASE NO. 05-00027-001 & 002 |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | August 14, 2006 |
| ) | |
| ZHENG, MING YAN and ) | **MOTIONS IN LIMINE** |
| LIU, CHANG DA, ) | |
| ) | F I L E D |
| Defendants. ) | Clerk |
| ) | District Court |

FEB 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Timothy Moran & Craig Moore
                 Assistant United States Attorneys
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2986
                 Facsimile: (670) 236-2945
                         and
                 James Barry, Special Agent, FBI

For Defendant
   Ms. Zheng, Ming Yan:   G. Anthony Long
                          Attorney at Law
                          Saipan, MP 96950
                          Telephone: (670) 235-4802
                          Facsimile: (670) 235-4801