**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | **APPEALS DOCKET NO. 06-10760** |
| ) | CRIMINAL CASE NO. 05-00027-001 |
| Plaintiff,           ) | |
| ) | Garapan, Saipan |
| vs.           ) | Friday, December 8, 2006 |
| ) | |
| ZHENG, MING YAN and           ) | **DEFENDANT ZHENG'S OBJECTION TO AMEND** |
| LIU, CHANG DA,           ) | **FORFEITURE ORDER, MOTION FOR NEW TRIAL,** |
| ) | **MOTION FOR RECONSIDERATION OF ORDER** |
| Defendants.           ) | **DENYING NEW TRIAL, AND SENTENCING** |
| ) | |

F I L E D
Clerk
District Court

FEB 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:    Timothy Moran
                  Assistant United States Attorney
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP 96950
                  Telephone: (670) 236-2986
                  Facsimile: (670) 236-2945
                          and
                  James T. Barry, Special Agent, FBI

For Defendant
  Ms. Zheng, Ming Yan:   G. Anthony Long
                  Attorney at Law
                  Saipan, MP 96950
                  Telephone: (670) 235-4802
                  Facsimile: (670) 235-4801