F I L E D
Clerk
District Court

MAR - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7  Attorneys for United States of America

8

9              UNITED STATES DISTRICT COURT
10
              NORTHERN MARIANA ISLANDS
11

12
   UNITED STATES OF AMERICA,        )    Criminal Case No. 05-00027
13                                  )
             Plaintiff,             )
14                                  )
       v.                           )    STIPULATION REGARDING
15                                  )    RELEASE OF BOND PAYMENT
   ZHENG, MING YAN,                 )
16                                  )
             Defendant.             )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20       IT IS HEREBY STIPULATED AND AGREED by and between the United States of
21  America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United
22  States Attorneys, of counsel, and Zheng, Ming Yan, the defendant, by and through her attorney,
23  G. Anthony Long, that
24       1.   Pursuant to 18 U.S.C. §2044, the defendant's cash bond of $50,000 shall be
25  exonerated and released as follows;
26       2.   $5,438.00 shall be retained by the Clerk of Court as payment of the defendant's
27  special assessment fee, restitution, and/or the fine;
28

3. $44,562.00 shall be released to defense counsel G. Anthony Long, Esq., or a representative of his office, as money posted by a third party, to be distributed by Attorney Long.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 2-26-07

By: *(signature)*
Timothy E. Moran
Assistant U.S. Attorney

DATED: 02-26-07

*(signature)*
G. ANTHONY LONG
Attorney for Zheng, Ming Yan

SO ORDERED.

*(signature)*
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-